**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mountains of Spices LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Sara Lihong Wei Lafrenz, Xiuzhu Wei, Maywind Trading LLC, Jian Peng, Qishen Chen, and Jianjun Wang,<br><br>        Defendants. | No. CV-21-01497-PHX-JAT<br><br>**ORDER** |

Pending before the Court is a motion to amend the first amended complaint. The purpose of the motion is to correct the spelling of one Defendant's name. Specifically, the second amended complaint will change the spelling of Qishen Chen to Qisheng Chen. This is the only change in the second amended complaint. (*See* Doc. 19 at 25–43).

The Court finds Plaintiff has satisfied the factors necessary for leave to amend. (*See* Doc. 19 at 2). Thus, leave to amend will be granted.

To avoid prejudice to the one Defendant who has answered and moved to dismiss (Doc. 13), the Court will deem the filing at Doc. 13 to be responsive to the to-be-filed second amended complaint. The Court permits this because said Defendant is pro se and the Court is construing his filing liberally, he is not the subject of the amendment, and the amendment fixes a spelling issue without making any substantive changes.

Based on the foregoing,

**IT IS ORDERED** that the motion to file a second amended complaint (Doc. 19) is

granted.  Because the clean copy of the second amended complaint is neither lodged nor filed as a separate exhibit to the motion, Plaintiff must file the clean copy within 5 days.  If Plaintiff fails to file the second amendment complaint within this deadline, the first amended complaint will remain the operative pleading in this case.

**IT IS FURTHER ORDERED** that upon the filing of the second amended complaint, the Clerk of the Court shall update the docket to change the spelling of Defendant Qishen Chen's name from Qishen Chen to Qisheng Chen.

**IT IS FURTHER ORDERED** that upon the filing of the second amended complaint, the answer and motion to dismiss filed by Defendant Jianjun Wang at Doc. 13 will be deemed to be responsive to the second amended complaint.

**IT IS FINALLY ORDERED** that the deadline for service is not extended.

Dated this 18th day of January, 2022.

_____
James A. Teilborg
Senior United States District Judge