**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mountains of Spices LLC, | No. CV-21-01497-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Sara Lihong Wei Lafrenz, Xiuzhu Wei, Maywind Trading LLC, Jian Peng, Qishen Chen, and Jianjun Wang, | |
| Defendants. | |

**IT IS ORDERED** that David E. Hutchinson's motion to withdraw as counsel for Plaintiff (Doc. 28) is granted. Plaintiff will continue to be represented by William J. Quinlan.

Dated this 15th day of February, 2022.

James A. Teilborg
Senior United States District Judge