# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mountains of Spices LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sara Lihong Wei Lafrenz, et al.,<br><br>　　　　　Defendants. | **NO. CV-21-01497-PHX-JAT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 4, 2024 and the Court's Order filed January 27, 2023, judgment is entered in favor of Plaintiff and against Defendant Sara Lihong Wei Lafrenz in the amount of $4,550,000 plus post-judgment interest at the applicable federal rate.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 4, 2024

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　　Deputy Clerk