**EXHIBIT 1**





**EXHIBIT 2**





**EXHIBIT 3**



Case 2:21-cv-01497-JAT    Document 143-1    Filed 02/16/24    Page 9 of 44

**EXHIBIT 4**



**EXHIBIT 5**





**EXHIBIT 6**





**EXHIBIT 7**





**EXHIBIT 8**







**EXHIBIT 9**



**EXHIBIT 10**





**EXHIBIT 11**



**EXHIBIT 12**







**EXHIBIT 13**

**Live Broadcast – March 3, 2021**









**EXHIBIT 14**

10:57    LTE

🔒 gtv.org

 **GTV**

讽红秀排行榜

14.86K views



九指妖，你不告我就是婊子养的，我们怕你个鸟

挺郭灭共总司令部

2.11K views

**EXHIBIT 15**



● LIVE

凤凰城打伪九指妖，在所谓的
总部基地

挺郭灭共总司令部

401 views

**EXHIBIT 16**



Exhibit 3

# Exhibit 3