REDACTED

# VOG Media: Sara Wei Harassment Chronology[1]

| Date | Event | Exhibit #/Link |
|---|---|---|
| 2/21/21 – Present | Guo has posted a harassing video on GTV called "The story of the nine-finger demon fraud" for the past 73 days | https://gtv.org/getter/603282991958515902 3628c9<br><br>See Exhibit 1<br><br>Here is a sampling of some of the translated harassing and insulting posts which are solely referring to Ms. Wei:<br><br>• Liar, wicked, this female thief never saw money, She would rather stay in the jail instead of refunding.<br><br>• Nine finger monster, this post reminds me to stay away from rubbish like you.<br><br>• Nine finger monster, the God will punish her. Let this evil Woman enjoy US's prison, enjoy the Spanish donkey.<br><br>• She is a ghost. The God should punish her.<br><br>• This monster will be in the hell.<br><br>• …nine finger monster, the jail is waiting you. |

---

[1] Each video has a text version that can be viewed here: www.gwins.org

Case 2:21-cv-01497-JAT    Document 143-2    Filed 02/16/24    Page 2 of 77

| Date | Event | Exhibit #/Link |
|---|---|---|
| 4/5/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=qacxLN5vUiU<br><br>https://gtv.org/video/id=606b0c896e11a756edd89042<br><br>https://gwins.org/cn/milesguo/22773.html<br><br>See Exhibit 2<br><br>To summarize, the insults and harassment include references to:<br><br>1. Nine-finger demon: Sara lost a finger, GUO abused and discriminated against Sara with only nine fingers.<br><br>2. CCP secret agent: GUO spread the rumors that Sara cooperated with the CCP to sell investor information to CCP, murdered investors through CCP, and embezzled investment funds.<br><br>3. Fraudster: GUO slandered Sara who defrauded VOG investors. He said that the money collected by VOG was a fraud and a criminal offence. Sara squandered investors' money, and he encouraged investors in China to seek debts from Sara's sister to threat Sara. Someone has asked many people on Twitter for the address of Sara's sister. We post a screenshot of Twitter on the last page of this document |

| Date | Event | Exhibit #/Link |
|------|-------|----------------|
|  |  | 4. Encourage investors to sue Sara: There are already a group of people preparing to sue Sara collectively.<br><br>5. Go to jail: GUO declared that Sara must go to jail.<br>6. Sex Interrupter Wei (meaning: when thinking of Sara during sex, there is no desire to continue sex): GUO began to scold Sara Sex Interrupter Wei from April 23 (detailed translation in the screenshot on the 23rd) |
| 4/9/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=sMZkhOS6Y7c<br><br>https://gtv.org/video/id=607053ef6e11a756eddd33df<br><br>https://gwins.org/cn/milesguo/22799.html<br>In this video Guo said: VOG's investment incident is completely a criminal offense. The SEC can conduct criminal investigations on VOG's affairs. I have made it clear to the SEC. I welcome you to continue to investigate with the prosecutors in New York whether Guo Wengui is suspected of fraud with VOG. I do not ask for a settlement. I ask you to investigate. VOG has nothing to do with us. And we are now suing VOG, we are suing this nine-finger demon Sara, we are suing their accomplices.<br><br>See Exhibit 3 |

3

| Date | Event | Exhibit #/Link |
|---|---|---|
| 4/10/21 | Guo posted harassing videos on GTV and Gwins | https://gtv.org/getter/6071ad3ddbc8001854a745a0<br><br>https://gwins.org/cn/milesguo/22802.html<br><br>See Exhibit 4 |
| 4/11/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=iBtgwQ534nw<br><br>https://gtv.org/video/id=6072f7c36e11a756eddfaf32<br><br>https://gwins.org/cn/milesguo/22807.html<br><br>See Exhibit 5 |
| 4/12/21 | Guo posted harassing videos on GTV and Gwins | https://gtv.org/getter/60745431dbc8001854a7ed9f<br><br>https://gwins.org/cn/milesguo/22809.html<br><br>See Exhibit 6 |
| 4/13/21 | Guo posted harassing videos on GTV and Gwins | https://gtv.org/getter/6075f6f3dbc8001854a84819<br><br>https://gwins.org/cn/milesguo/22815.html<br><br>https://gtv.org/getter/6075b586dbc8001854a83ca3<br><br>https://gwins.org/cn/milesguo/22814.html<br><br>See Exhibit 7 |

| Date | Event | Exhibit #/Link |
|---|---|---|
| 4/15/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=nkPrB44M-0w <br><br> https://gtv.org/video/id=60783bf8400d9941d0110a93 <br><br> https://gwins.org/cn/milesguo/22821.html <br> In this video GUO said: Last night, I talked to a lawyer about the Nine Finger Demon's criminal case that I secretly operated. He said that Miles, you know I was surprised after seeing the Nine Finger Demon's case. He said I finally understand why the Communist Party has been in China for so many years. He said that of the four people involved in this case, four of them had no legal concepts, and they were totally messing around. He said that if this kind of people did not go to prison, the United States would be ruined. <br><br> See Exhibit 8 |
| 4/16/21 | Guo posted harassing videos on GTV and Gwins | https://gtv.org/getter/6079a9118616c84f0ff00019 <br><br> https://gwins.org/cn/milesguo/22828.html <br><br> See Exhibit 9 |

5

| Date | Event | Exhibit #/Link |
|------|-------|----------------|
| 4/18/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=5qnOMhQXn8Y<br><br>https://gtv.org/video/id=607c32577e083973a72a47cb<br><br>https://gwins.org/cn/milesguo/22833.html<br><br>See Exhibit 10 |
| 4/19/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=xEU3ic4u9i0<br><br>https://gtv.org/video/id=607d815f7e083973a72b95be<br><br>https://gwins.org/cn/milesguo/22835.html<br><br>See Exhibit 11 |
| 4/22/21 | Guo posted harassing videos on GTV and Gwins | https://gtv.org/getter/608164998616c84f0ff26438<br><br>https://gwins.org/cn/milesguo/22853.html<br><br>See Exhibit 12 |
| 4/23/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=uZhiy3AhG1Q<br><br>https://gtv.org/video/id=6082cb627e083973a7301685<br><br>https://gwins.org/cn/milesguo/22852.html<br>In this video GUO began to scold Sara Sex Interrupter Wei: meaning when thinking of Sara during sex, there is no desire to continue sex. |

| Date | Event | Exhibit #/Link |
|---|---|---|
| | | Guo said: Sex Interrupter Wei syndrome is when everyone is having sex suddenly thinks of the nine-finger demon Wei Lihong, would directly stopping sex, called Sex Interrupter Wei syndrome, which is as lethal as the coronavirus. It is especially effective for young, very young and middle-aged men and women. Thinking of the nine-finger demon during sex will completely lose sexual desire.<br><br>See Exhibit 13 |
| 4/25/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=kyPNislzDCo<br><br>https://gtv.org/video/id=608571df8aa4fd003f365a28<br><br>https://gwins.org/cn/milesguo/22847.html<br><br>See Exhibit 14 |
| 4/27/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=tXej26GSztM&t=949s<br><br>https://gtv.org/video/id=60880f7b8aa4fd003f386a90<br><br>https://gwins.org/cn/milesguo/22863.html<br><br>See Exhibit 15 |

| Date | Event | Exhibit #/Link |
|---|---|---|
| 4/30/21 | Guo posted harassing videos on GTV and Gwins | https://gtv.org/getter/608c279d4486aa0bb231b218<br><br>https://gwins.org/cn/milesguo/22878.html<br><br>See Exhibit 16 |
| 5/1/21 | Guo posted harassing videos on GTV and Gwins | https://gtv.org/getter/608d69874486aa0bb231f904<br><br>https://gwins.org/cn/milesguo/22884.html<br><br>https://gtv.org/getter/608d6ed94486aa0bb231fa95<br><br>https://gwins.org/cn/milesguo/22885.html<br><br>See Exhibit 17 |
| 5/2/21 | Guo posted harassing videos on YouTube, GTV and Gwins | https://www.youtube.com/watch?v=AxQgPungaEA<br><br>https://gtv.org/video/id=608ea73f6c00a14130e56d95<br><br>https://gwins.org/cn/milesguo/22887.html<br><br>See Exhibit 18<br><br>Translation of post captured in Exhibit 18 (page 63 of PDF attachment):<br>I held a meeting with Lao Banzhang (Wang Xuebing), Long Island brother (Xia Qidong), David and the grassroots brother yesterday. I said, if one day Sex Interrupter Wei is in |

| Date | Event | Exhibit #/Link |
|------|-------|----------------|
|      |       | prison and she needs money, or she asks me for 10 million, I will personally give her 10 million U.S. dollars. If she is to confess to me that she has done criminal thing to us. Why would I do it? Because she really did a lot of things and that she was able to play such a big role in our revolution. Although she cheated so many people! |

**EXHIBIT 1**

**G|TV GETTER**



郭文贵MILES  |  Feb 21, 2021

九指妖造假骗局始末　Nine finger monster's scam explained



♡ 2.3K        🗩 1.1K        ⇄ 2.2K        ⬆  <>

 川◯小7 | 15h ago

七哥多希望你能悔改重新做人

Brother Guo wishes you be a human being again.

 Zwill | 16h ago

江湖騙子，2眉毛快長頭皮上了，可惡之極，沒見過錢的女賊寧可蹲監獄也不會退款的！

Liar, wicked, this female thief never saw money, She would rather stay in the jail instead of refunding.

逆风。 | 1 day ago

这个王八蛋恶毒的女人，利用7哥对她的背书利用爆料革命的信用，诈骗战友们的金钱，心之恶毒，伤害了多少战友们的生命泄露了多少国内战友们的个人信息，，他妈的邪恶的女人，

This wicked bitch, fraud money from the comrades with Brother Guo's trust. Her heart is poisonous, killed too many comrades, sold their information. This evil woman.

 日照月星 | 1 day ago

九指妖孽，害的我们看七哥盖特还得顺带撇你一眼，时刻警示战友不要被你这种垃圾欺骗。

Nine finger monster, this post reminds me to stay away from rubbish like you.

霹雳怕辣 | 1 day ago

让每一个对战友对新中国联邦有一点点歪心思的人，看七哥的盖特就会看到这个置顶的断修魏。前事不忘后事之师。

 新联邦宝贝 | 2 days ago

我知道七哥的这个置顶盖特点赞少的原因 因为我也是点完又取消的九指妖太恶心了 😷 😡 😃

... this nine finger monster is too yuck.

 Booboo88 | 2 days ago

九指妖这个恶人！媽的天天在這里害我的眼！

Nine finger monster, this fiend. Hurting my eyes every day.

 太炁無常 | 2 days ago

九指妖斷修魏，一定會遭天譴！讓這個惡毒的女人好好享受美國
監獄坐木馬的待遇吧！Nine finger monster, the God will punish her. Let this evil
Woman enjoy US's prison, enjoy the Spanish donkey.

 championlee | 4 days ago

鬼一样的存在...！遭天谴的女人...！
She is a ghost. The God should punish her.

 崔先生 | 4 days ago

当战友想双修时来刷七哥盖特，刷一下下......置顶的断修位图片一
出来，又刷一下下被断修的感觉就来了

 小蚂蚁龙浩 | 5 days ago

每天要替受伤害的战友大骂一下九指妖、断修魏下半辈子在监狱
里捡肥皂⬡吧...... I scolds this nine finger monster every day for
comrade...

 天选之国的猫 | 5 days ago

一直摆在这里真是就如饭桌上摆了一盘💩屎，当初一见到这个面
相就觉得不顺眼，还果然不是好人，垃圾
... it's like shit, I didn't like her from the
beginning, she is a bad person, rubbish.

 Kx | 5 days ago

郭先生好❤

 北斗灭共拳 | 5 days ago

能在七哥盖特置顶几个月，九指妖已经名垂青屎了
... Nine finger monster is famous as shit.


发现者 | 17 days ago

开始一直没注意,后来才听说9指,然后看到照片上没指头,好吓人.

I didn't notice her lost of finger, she is scary after I noticed that.


发现者 | 17 days ago

半点信仰都没有,却把上帝挂嘴上. 可恶啊


瞰海儿 | 17 days ago

听她说话声音都觉得恶心

Her voice is disgusting.


逆风。 | 18 days ago

'


championlee | 18 days ago

此妖 "必下地狱"! This monster will be in the hell.


手撕曾宏 | 18 days ago

九指妖lie G-TV investors die!

Nine finger monster lie, GTV investors die!


自由的地球 | 18 days ago

这个九指妖的样子看着吓人

This nine finger monster is scary.


文友love7 | 18 days ago

九指妖谋财害命    Nine finger monster kills for money.

九趾妖魏丽红下地狱
Nine finger monster, Lihong Wei, go to hell.

 陸芒晕 | 24 days ago

每次来看七哥最新的盖特，都会首先看到这个置顶。 九指妖啊九指妖，爆料革命这么神圣的事情，你也想利用发财，真的希望你能一直活着，让你亲眼看看新中国联邦是如何拯救世人的，让你看看中国人是如何脱离CCP的苦海，走上正道的。 男有秦桧，女有九指妖。 ...nine finger monster, nine finger monster,...,
As evil as Qinhui(a notorious bad person in Chinese history)

 老强 | 24 days ago

take down the ccp!

 名人 | 24 days ago

七哥一生就为打假而来 什么九指妖 八七妖啊等着你们的是监狱
...nine finger monster, the jail is waiting you

 光sir | 24 days ago

七哥还是别把九指妖置顶了，每次看着别提有多恶心了！

SHOW 1 REPLIE    Brother Guo pinned this nine finger monster, Makes me yuck all the time.

Anni | 25 days ago

九指妖真是千年的窮命！文貴先生給了她多少機會和信任啊，多少戰友們渴望可以得到文貴先生給予的這樣千載難逢的機遇啊！
Nine finger monster is doomed to be poor. ....

**EXHIBIT 2**



2021年4月5号 文贵直播：共产党的清明经济，清明政治，清明关系，挣死人钱，回老家搞关系，升官发财；共产党实施的以钱灭美计划，美元经济崩溃，黄金一定大涨

1,4M views



**EXHIBIT 3**



4月9日 文贵直播：中共的意淫反而将帮助更快灭共；国内富豪都是复制偷钖技术，不是企业家；美国只能与英日印合作联合灭共；中共控制比特币，人民币数字化，消灭美元；美国人已经相信能灭共

1.41M views      👍 4589   👎 15   🔲 FAVORITED   ↗ SHARE



郭文贵2021年4月9日直播 20210409_1
20210409_1

其他语言

郭文贵2021年4月9日直播 20210409_1 中共的意淫反而将帮助更快灭共；国内富豪都是复制偷窃技术，不是企业家；美国只能与英日印合作联合灭共；中共控制比特币，人民币数字化，消灭美元；美国人已经相信能灭共

- 主播人物：郭文贵
- 涉及人物：
- 公司组织：
- 国家地区：
- 名词解释：
  文字整理：为自由而战（文祥）贝贝 笑笑 文兮（我♥战友）鹰(文言) 万物归一 杯酒渐浓 西林1 清泉石上流 Bruce(文远) YIMING（文鸣）<文V> 湘江之水 Ara 文琪 某某(文成) 沉默大妈 文颜 黎明之前
- 发布时间：20210409
- 视频链接：https://gtv.org/video?id=607053ef6e11a756eddd33df

**EXHIBIT 4**

← G|TV GETTER

 郭文贵MILES | 15 days ago

4月10号：尊敬的战友好🙏🙏🙏共产党的战狼外交．为什么迅速地变成了疯狗外交......人人喊打，美国将对台湾有一系列的行动，这是我们爆料革命在三年前就说过的．全球联合灭共是我们三年前在全球推广的！现在已经形成了火火燎原之势......共产党为什么疯狂的攻击我们的G...
READ MORE



♡  3.88K        ▤  487        ⇄  1.27K        ⬆        < >



**EXHIBIT 5**



2021年4月11号 文贵直播：与战友们分享与美国知中派的秘密会议；王岐山现在怎么看文贵和新中国联邦；G系列是为人类终极之战的长远准备

1.56M views



← → C  🔒 gwins.org/cn/milesguo/22807.html

▦ Apps · G Google  Ⓐ University of Arizon... 🐦 Twitter  九指妖   1/9   ⌃ ⌄ ✕   Grammarly

郭文贵2021年4月11日直播 20210411_1 与战友们分享与美国知中派的秘密会议；王岐山现在怎么看文贵和新中国联邦；G系列是为人类终极之战的长远准备

- 主播人物：郭文贵
- 涉及人物：
- 公司组织：
- 国家地区：
- 名词解释：
  文字整理：沉默大妈 Winner为自由而战 (文祥) 清泉石上流 文颐 湘江之水 文官 兰草 (文泉) 万物归一 <文V> 贝贝 西林1 YIMING (文鸣 柒号G币 杯酒渐浓 笑笑 Bruce(文远) 黑郁金香 (文郁) 某某(文成) OnePunchD SCELF (文正) 彩虹桥 (文桥) 黎明之前
- 发布时间：20210411
- 视频链接：https://gtv.org/video/id=6072f7c36e11a756eddfaf32

郭文贵2021年4月11日直播 20210411_1

其他语言

CCP VIRUS

**EXHIBIT 6**

← GITV GETTER

 郭文貴MILES    |    13 days ago

4月12號．第二次發盅特：所有的戰友們我們都應該薄楚的明白！一切都是為了滅掉共產黨！我們有些戰友需要清醒的認識到！一切的資源和一切的行為都應該以目標為核心！有些战友提出想到國外或到美國生活的事情！非常的抱歉七哥是沒辦法．也沒這個能力做到！我們的爆料革命就是...
READ MORE



♡   3.54K        ▣   421        ⇆   1.02K        ⬆        < >



郭文贵2021年4月12日盖特 20210412_2 所有的戰友們我們都應該清楚的明白！一切都是為了減掉共產黨！我們有些戰友需要清醒的認識到！一切的資源和一切的行為都應該以目標為核心！有些战友提出想到國外或到美國生活的事情！非

- 主播人物：郭文贵
- 涉及人物：
- 公司组织：
- 国家地区：
- 名词解释：
- 文字整理：Antsee-GTV
- 发布时间：20210412
- 视频链接：https://gtv.org/getter/60745431dbc8001854a7ed9f

郭文贵2021年4月12日盖特 20210412_2

其他语言

CCP VIRUS

**EXHIBIT 7**

 GTV    Q Search                    SIGN IN    SIGN

← GITV GETTER

 郭文贵MILES | 12 days ago

4月13日：新中国联邦人 - 爆料革命从2019年的十二月份到现在！一次次的拯救世界上有正义感．有智慧．有常识．的人们！同时也让这个世界上丑陋．贪生怕死．虚伪．假信仰．伪宗教．伪正义者．大白于天下，并且在共产党的疫苗经济．疫苗政治！面前．走上了不归路，一切都已...
READ MORE



♡ 3.21K          ▣ 323          ⇆ 927          ⬆          < >



← G|TV  GETTER

 郭文贵MILES  |  12 days ago

4月13号第二次发盖特：为什么美国和欧洲，每小时都有灭共的巨大的力量在凝聚和行动？我们战友们一定要客观冷静的看待G系列的投资！



♡  3.21K          ▭  309          ⇄  880          ⬆          < >



**EXHIBIT 8**



2021年4月15日 文贵直播：以毒灭共正在全面进行；马云的进进出出；江家势力杨雄之死绝非正常；中共如同二战时的日本；七哥已经准备好方案，保证所有GTV 美国投资人的核心利益

135,949 views · Apr 15, 2021



**EXHIBIT 9**

← GITV GETTER

 郭文贵MILES ｜ 9 days ago

4月16号：尊敬的战友们好……共产党在灭亡前夜……正在创造最大的经济泡沫，美国华尔街正在能制造一个世界经济的陷阱，我们如何把握住自己．踩着历史的节奏而不掉入陷阱，不被泡沫化．还要抓住的千载难逢的历史的机会，让我们强大和富有！



♡  3.29K          ▤  405          ⇄  1.02K          ⬆          < >



gwins.org/cn/milesguo/22828.html

Apps    G Google    A University of Arizon...    Twitter    九指妖    1/4    Grammarly



郭文贵2021年4月16日盖特
20210416_1

郭文贵2021年4月16日盖特 20210416_1 尊敬的战友们好……共产党在灭亡前夜……正在创造最大的经济泡沫，美国华尔街正在能制造一个世界经济的陷阱，我们如何把握住自己，踩着历史的节奏而不掉入陷阱，不被泡沫化，还要抓住的

- 主播人物：郭文贵
- 涉及人物：
- 公司组织：
- 国家地区：
- 名词解释：
- 文字整理：彩虹桥
- 发布时间：20210416
- 视频链接：https://gtv.org/getter/6079a9118616c84f0ff00019





**EXHIBIT 10**



2021年4月18日 文贵直播：美国克里访华要谈的几件事；中共和沙特闹拜的原因；从比特币，火币看对投资的理解；忠诚于事，诚实待人

1.39M views                                                      👍 4568    👎 13    📁 FAVORITED    ➢ SHARE    <> EMBED



**EXHIBIT 11**



419 断插门四周年文贵直播：美国媒体从自由灯塔，堕落到今天的黑暗灯塔，由五大家族控制；媒体的力量，拥有定义权，定价权；社交媒体是第一武器；中共用武器新闻企图控制世界；GTV的价值在稀缺性，是情报交易平台

2 51M views

0👍 4570   0👎 5   📇 FAVORITED   ↗ SHARE   <> EMBED



**EXHIBIT 12**

← G|TV GETTER

 郭文贵MILES  |  3 days ago

4月22号：尊敬的战友们好……文贵又来爆尿爆尿了！



♡ 3.98K        ▤ 590        ⇆ 1.35K        ⬆        < >



郭文贵2021年4月22日盖特 20210422_1 尊敬的战友们好……文贵又来爆尿爆尿了!

- 主播人物: 郭文贵
- 涉及人物:
- 公司组织:
- 国家地区:
- 名词範程:

**EXHIBIT 13**



2021年4月23号 文贵直播：智囊团失信，军事被美打击，数字人民币DCEP被全世界抵制，习成孤家寡人；国内政治变化正在发生中；此次开庭希望能让新中国联邦人认识到媒体和法律的力量

1.95M views                                                 🖒 4593    🖓 8    ⊞ FAVORITED    ⤳ SHARE



郭文贵2021年4月23日直播 20210423_1 智囊团失信，军事被美打击，数字人民币DCEP被全世界抵制，习成孤家寡人；国内政治变化正在发生中；此次开庭希望能让新中国联邦人认识到媒体和法律的力量

- 主播人物：
- 涉及人物：
- 公司组织：
- 国家地区：

**EXHIBIT 14**





2021年4月25号 文贵直播: 拜登欧洲之行意义为何? 中共内部经济  超糊涂, 民生银行是中国经济最大的地雷之  ! 习已经成为观家'检'人, 以共灭共的重点是曾庆红是否山于。

97,390 views • Apr 25, 2021    👍 2.1K   👎 231   SHARE   SAVE   •••



2021年4月25号 文贵直播:拜登武州之行意义为何？中共内部经济一塌糊涂，民生银行是中国经济最大的地雷之一！习已经成为孤家"俭"人，以共灭共的重点是窗家去否出手。

971.4K views • Apr 25, 2021

👍 4520    👎 9    ⊞ FAVORITED    ↗ SHARE    <> EMBED



**EXHIBIT 15**







**EXHIBIT 16**



**EXHIBIT 17**





← → C  🔒 gwins.org/cn/milesguo/22885.html

⋮⋮⋮ Apps  G Google  🅰 University of Arizon...  🐦 Twitter  🅐  联行到  1/2  ⌃

郭文贵2021年5月1日盖特 20210501_2 关于义工．漏报喜币配额的战友们的一些问题的回复！

- 主题人物：郭文贵
- 涉及人物：
- 公司组织：
- 国家地区：
- 名词解释：
- 文字整理：Aimee-GTV
- 发布时间：20210501
- 视频链接：https://gtv.org/getter/608d6ed94486aa0bb231a95

郭文贵2021年5月1日盖特
20210501_2

**EXHIBIT 18**



2021年5月2号 文贵直播标题：国内银行倒闭，房地产崩塌，粮食链断裂，国际关系的冰冻效应，中共内部已经认为中共即将终结；以美灭共会最终促成以共灭共的发生，在2022年开始；喜币是金融界的

89,030 views · May 2, 2021



≡ **GTV**   Q Search

SIGN IN   SIGN UP

**2021年5月2号 文贵直播：国内银行倒闭，房地产崩塌，粮食链断裂，国际关系的冰冻效应，中共内部已经认为中共即将终结；以美灭共会最终促成以共灭共的发生，在2022年开始；喜币是金融界的金箍棒**

1.7M views • May 2, 2021

👍 4526    👎 16    ⊞ FAVORITED    ↗ SHARE







就这样的人，我昨天给老班长、长岛哥、大卫还有草根小哥开会我还说呢，如果真的是有一天断#####她从监狱里边需要送钱，或者她真需要说七哥我需要一千万的时候，从个人上我一定给她一千万美元。到那时候有可能啊，如果她要有一天忏悔的时候、她意识到自己犯下罪行的时候。为什么？她真的做了很多事，你必须要相信当时断####做了很多事儿，她在跟着爆料革命这么个人能起到这么大的作用。她也坑了那么多人！

# Exhibit 4

REDACTED

REDACTED

**A threatening note on my sister's condo's door**



To Sara (Lihong Wei):

Mr. Guo asked me to tell you to pay back the money quickly, otherwise you and your son will not have a safe life.

Pay back the money for your safety.