Exhibit 5

# Exhibit 5

REDACTED

REDACTED

**EXHIBIT 1**

Guo spreads rumors against Sara (March 18, 21, 22). Guo's rumors, insults, and cyberbullying have seriously affected my life and put me in danger.

1. On March 21, 2022, Guo posted on Gettr saying that Lude or Wu Zheng (Bruno Wu, CCP agent) --the nine-finger demon (Sara)! Had a mixed-race child (illegitimate child)! They are the good children of the Chinese Communist Party. Many Guo supporters commented under this post and insulted Sara. For example, the shameless Nine-Finger Demon had an affair with them to get pregnant to avoid jail time. https://www.gettr.com/post/p11bcdm908a



2. On the same day, someone spread rumors of this illegitimate child on YouTube. This man says Sara will get at least 150 years in prison and Sara gets pregnant to avoid jail. https://www.youtube.com/watch?v=H0FX-ibi6Vw



3. On March 22,2022, Guo pined a post: The Nine Fingers and Qisheng Chen must pay the legal price for defrauding our comrades, and they must be reunited in prison! Guo reposted Long Island (Qidong Xia)'s post about Qisheng Chen's reply to Xia's complaint.
https://www.gettr.com/post/p11bvrb34d9



4. Long Island (Qidong Xia) posted on Gettr: Mountains Spices LLC Farm represented our comrades in a civil lawsuit against the Nine Finger Demon's gang for fraud, and we won a major victory.
On March 14, the Arizona federal court ruled that Nine Finger Demon and his accomplice Qisheng Chen refused to appear in court to answer the lawsuit for no reason. Therefore, the lawsuit against Mountains Spices LLC Farm as the plaintiff can continue in their absence (Finding of Default). Defendant Qisheng Chen immediately submitted a motion to the court through his lawyer to cancel the judgment on the day the court decided. and offered to work with Mountains Spices LLC Farms to avoid further adverse judgments.
The decision of the court on March 14 once again verifies that the people of the New Federal State of China will never let go of a pseudo-type of deceiver. Justice may be delayed but it will never be absent! On behalf of the Alliance

and Mountains Spices LLC Farm, I would like to thank our fellow comrades for their patience and support of our work.

https://www.gettr.com/post/p11bmsz431e

 长岛哥 ✔ @changdaobrother · 13h

香草山农场代表战友们对九指妖团伙欺诈行为的民事诉讼取得重大胜利。3月14日，亚利桑那州联邦法庭作出判决认定九指妖及其同伙陈其声（海洋）无故拒绝到庭应答诉讼。因此以香草山农场为原告的诉讼可以在他们缺席的状况下继续进行（Finding of Default）. 被告陈其声（海洋）在法庭决定的当天立即通过其律师向法庭递交了申请取消这一判决的动议。并表示愿意与香草山农场合作以避免进一步的不利判决。3月14日的法庭决定再次验证爆料革命新中国联邦人绝不会放过一个伪类欺民贼，正义可能会延迟但永远不会缺席！在此我代表联盟委员会和香草山农场向战友们的耐心和对我们工作的支持表示感谢。

#nfsc新中国联邦 #milesguo #爆料革命 #nfscnews NFSCN

---

Case 2:21-cv-01497-JAT    Document 38    Filed 03/14/22    Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mountains of Spices LLC., <br> Plaintiff, <br> v. <br> Sara Lihong Wei Lafrenz, et al., <br> Defendants. | NO. CV-21-01497-PHX-JAT <br><br> CLERK'S ENTRY OF DEFAULT |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Sara Lihong Wei Lafrenz aka Sara Wei and Qisheng Chen.

DEFAULT ENTERED this 14th day of March, 2022.

Debra D. Lucas
District Court Executive/Clerk of Court

March 14, 2022

By    s/ L. Dixon
Deputy Clerk

5. On March 18, 2022, Guo spread rumors that the Nine Finger Demon (Sara) sent someone to make trouble in front of the Himalayan embassy. They came to protest. The police took them away.

https://gettr.com/post/p10mjhof85d

https://gnews.org/zh-hans/2188490/

 **MILES GUO** ✓
@Miles · Mar 18                                    · · ·

3月18号：尊敬的战友们好……共产党和俄罗斯的生死相依的关系什么时候完球蛋！世界的经济危机什么时候是最坏的时候？香港病毒的感染率，和死亡率．成了世界之谜！



Posted on 6:29 AM · Mar 18th, 2022

**4.6K** Likes    **2.8K** Reposts

# Exhibit 6

看清中共毒妇九指妖，谋财害命声称为战友，配吗？

**See clearly the Nine Finger Demon of the CCP's poisonous woman; she murder our comrades for the money**

**February 08, 2021**

https://gnews.org/zh-hans/891904/



首页 » 看清中共毒妇九指妖，谋财害命声称为战友，配吗？

## 看清中共毒妇九指妖，谋财害命声称为战友，配吗？





喜马拉雅农场新西兰站
2月08日, 2021

作者: Aye

九指妖魏丽红混迹于爆料革命4年，通过私自建立VOG公司组织，欺骗战友向其汇款，后建立凤凰农场（并在未得到农场联盟委员会的授权）之下，继续骗取战友们的钱财，利用郭先生的信任为背书对战友们做各种不合法规的承诺，而郭先生从来没有授权过，九指妖满嘴的谎言，我们知道郭先生每年支付律师团队费用就在几千万美金，依法灭共也一直是新中国联邦爆料革命的宗旨，这种毫无法律意识，诈骗钱财，让战友写声称没有法律效力的遗书，背地里把战友信息出卖给中共，导致战友被喝茶、抓捕、判刑，把遗书上的资产划入自己名下，同时中共逼迫战友报假案，打击爆料革命，中共的手段永远都是这么low，民主法制国家会看不明白吗？

The nine-finger demon Wei Lihong (Sara) was involved in the 4th year of the Whistleblower movement. By privately establishing the VOG company organization, deceiving the comrades to send money to her, she established the Phoenix Farm (and without the authorization of the Farm Alliance Committee), and continued to defraud the comrades.

She used Mr. Guo's trust to make all kinds of illegal promises to her comrades, and Mr. Guo never authorized it. The nine-finger demon is full of lies

We know that Mr. Guo pays tens of millions of dollars for his legal team every year and destroying the Communist Party in accordance with the law has always been the purpose of the New Federal State of China's Whistleblower movement.

She defrauded money, asked her comrades to write a suicide note without legal effect, and secretly sold the information of her comrades to the CCP, resulting in their arrest and sentence. And let the comrades put the assets on the suicide note into her name.

On Twitter (I picked a few as examples)

https://mobile.twitter.com/angelsky8866/status/1484526182414626816



**Angel (2) 新号🐌 (澳喜特战嫩)**
@angelsky8866

2022.01.21文贵大直播：九指妖这个毒蛇，太恐怖了！她不但拿了战友们上千万的钱买房子，文件还显示她拿了几百万美元，竟然要毁掉所有的战友！难怪当初要战友们签署死后钱归她安排的遗嘱！天诛地灭啊，这个天天打着上帝旗号不离口的魔鬼！

Translate Tweet

Jan 21, 2022

Nine finger demon, this poisonous snake, is too terrifying! Not only did she take tens of millions of dollars from our comrades to buy houses, but the documents also showed that she took millions of dollars trying to destroy all our comrades!

No wonder her comrades were asked to sign a will, and the ultimate beneficiary was her.

Destroy this nine-fingered demon!



6:59 AM · Jan 21, 2022 · Twitter Web App

**247** Retweets    **2** Quote Tweets    **187** Likes

https://mobile.twitter.com/SafeGuard009/status/1512444734073155588

 500 躲iles @SafeGuard009 · Apr 8

还记得九指妖什么时间爆的吗？——2020年12月下旬

叶某某战友2021年1月31日被监视控制了。不清楚叶战友是否是之前战友之家的，但是被控制的时间和九指妖爆的时间是连续的，这是巧合吗？

如果叶战友是战友之家的，我个人判断几乎就是九指妖它们那伙人给出卖的。九指妖它们出卖了大批墙内战友是事实

 文北 @jSQZNeI7kBbK267 · Apr 8
我们的战友

○ 17        ↻ 185        ♡ 247        ⬆

April 8, 2022

Remember when the Nine Finger Demon was exposed? - Late December 2020

Brother Ye was under surveillance and control on January 31, 2021. It's not clear whether comrade Ye is from the former comrade VOG, but the time of being controlled and the time of the Nine Finger Demon was exposed are consecutive. Is this a coincidence?

If comrade Ye belongs to the family of comrade VOG, I personally judge that it is almost sold by the Nine Finger Demon. It is a fact that the Nine Finger Demon sold a large number of comrades in mainland China to the CCP.



500 驶iles @SafeGuard009 · Apr 8

Replying to @SafeGuard009

2020年12月29日的推文，当时的担心都变成了现实，而且现在看，被抓战友面临判刑

就想说一句：出卖战友的不是人，并且不得好死！！！

@Safeguard008

3过去

我图，初步判断这是准备撕破脸开砸开干了！

至在战友之家和凤凰农场墙内的【真正的】战友担心

一切都是那么熟悉 https://t.co/WNhYwuLSz1c

◯ 2        ⟲ 27        ♡ 63        ⬆

Connor54 @54Connor777 · Apr 8

Replying to @SafeGuard009

我也是在九指爆了以后，被国宝联系，也是因为有GTV账号！

◯ 4        ⟲ 19        ♡ 48        ⬆

YY小皮匠 (新号) @Jesus_Goofus · Apr 9

墙内战友一定注意保护好自己，要健康平安好好的，等不久之后盘古相聚！

◯ 1        ⟲        ♡ 2        ⬆

Show replies



胖大星 @pangdaxing777 · Apr 8

Replying to @SafeGuard009

九指魔应该下地狱……

◯        ⟲        ♡ 4        ⬆

April 8, 2022

The screenshot is from my tweet on December 29, 2020, all my worries that day became reality. And now, the arrested comrades face sentences

I just want to say: It is not a human being who betrays the information of his comrades-in-arms, and he must die miserably! ! !

I was called by an NSA agent after Nine Finger Demon was exposed.

She must go to hell.

胖大星 @pangdaxing777 · Apr 8
Replying to @SafeGuard009
九指魔应该下地狱......

♡ 4

She must go to hell.

Communist Party of China thieves group @wandaoguo · Apr 8
Replying to @SafeGuard009
这个分析符合常理

♡ 1

I agree with you. This tweet analysis is logical. (Sara leaded to the arrest of comrades)

灭共急先锋 @MGVanguard · Apr 8
Replying to @SafeGuard009
那看来老郭不是骗子, 能被档追查且当成坏分子的, 那不就是好人吗. 挺老郭, 加油!

♡

晨jun第三个 @jun17487352 · Apr 8
Replying to @SafeGuard009
九指下地狱

♡ 3

Nine Finger Demon must go to hell.

Charlie (梦想是到郭农场去放牛) @Charlie778899 · Apr 8
Replying to @SafeGuard009
有可能是"写了遗嘱"的!
因爲写了遗嘱個人信息就被授權了!

♡

Because of the will.

文北 @jSQZNel7kBbK267 · Apr 8
Replying to @SafeGuard009
很有可能

Possible.

 **Maki sako** @maki_sako · Apr 8
Replying to @SafeGuard009
九指妖必遭天谴

    ◯    ⇄    ♡ 1    ⤴

"

Nine Finger Demon must receive severe punishment from God.

 **monky8 (日本银河系)** @shy6688 · Apr 8
Replying to @SafeGuard009

"



    ◯    ⇄    ♡    ⤴

**同志仍需努力** @KB50843506 · Apr 8
Replying to @SafeGuard009
九指妖从这个角度上比路大脑壳的害人程度高的多 最后必须不得好死!

    ◯    ⇄    ♡ 3    ⤴

"

Nine Finger Demon must die in horrible death.

https://mobile.twitter.com/jSQZNeI7kBbK267/status/1355347480804638721

← **Tweet**

Jan 29, 2021

**文北**
@jSQZNeI7kBbK267

《魏丽红》
断指偷奸嫁老叟，再借上帝骗战友。
匪谍攻关携女儿，一丘之貉不如狗！
Translate Tweet

Look at her nine fingers, shameless beast



7:49 PM · Jan 29, 2021 · Twitter for iPhone

52 Retweets   6 Quote Tweets   119 Likes

Discord Messages

I received Countless abusive and threatening discord messages after Guo framed me from Dec 20, 2020 until now.



 陌生人(文陌) 02/18/2021
Sara vog的钱请还给我，我要退款

 陌生人(文陌) 05/15/2021
骗子九指妖

 煙火1095 02/16/2021
你這個大騙子，趕緊還錢來

 煙火1095 02/17/2021
骗子还钱

 煙火1095 02/17/2021
你这个骗子
别装死呀

 煙火1095 04/17/2021
你真是不要臉
趕緊進監獄吧
帶著你那個愛玩遊戲的小兒子
進監獄爭取再當大姐頭呀





Exhibit 7

# Exhibit 7





In the civil suit, Mountain of Spices Farm v. Ninefingers Demon (Sara Lihong Wei) heard in Arizona federal court
在亚利桑那联邦法庭审理的香草山诉九指妖团伙民事诉讼案



January 27th afternoon  Eastern Standard Time,
美东时间1月27日下午



Judge Teilborg issued a 22-page judgment.
Teilborg法官签发了22页的判决书



The defendant group of Wei Lihong indeed committed
fraud against Mountain of Spice in the 2020 loan program!
判定魏立红被告团伙在2020年借款项目中对香草山的欺诈行为属实





**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mountains of Spices LLC, | No. CV-21-01497-PHX-JAT |
| Plaintiff, | ORDER |
| v. | |
| Sara Lihong Wei Lafrenz, et al., | |
| Defendants | |

In this action Plaintiff Mountain of Spices, LLC sues to recover funds it allegedly transferred to Defendants Sara Lihong Wei Lafrenz ("Sara") and Maywind Trading, LLC ("Maywind"). Plaintiff alleges that it sent the money with the understanding that Sara and Maywind would facilitate its transfer to a specific predesignated borrower to be repaid with

**Wei Lihong's group has indeed made substantial unlawful profits as a result!**

money 魏立红团伙因此获取了巨额不法利益属实 e the Court is Plaintiff's motion for entry of final default judgment against Sara and Maywind only. (Doc.

MOS



IT IS FURTHER ORDERED that, within 5 days of resolution of Plaintiff's claims against all non-defaulted Defendants (if such resolution is not inconsistent with the default judgment to which this order finds entitlement) Plaintiff may move this Court for entry of final default judgment in the amount of $4,550,000 plus post-judgment interest, jointly and severally against Sara and Maywind.

IT IS FINALLY ORDERED that Count One against Sara and Maywind, Count Two against Maywind, and Count Four are dismissed without prejudice for failure to state a claim.

Dated this 26th day of January, 2023.

James A. Teilborg
United States District Judge

For this reason,
为此





























Exhibit 8

# Exhibit 8

https://drive.google.com/drive/folders/1oQ1vtSxTdGer2bnvj
g2dlXSNTAQe61jw?usp=sharing

## Qidong Xia aka Brother Changdao aka Long island, owner of Mountains of Spices LLC (MOS)

Screenshot 1.0 Video 1.0: The Story of Phoenix City's Victory (Part 1) Nicole interviews MOS owner Changdao.

Posted on 3:48 PM · Jan 30th, 2023

2.1K Likes; 1.1K Reposts; 43.5K views; 81 comments (attack Sara).

The beginning of the video has English subtitles. The video 1.1, 1.2 ,1.3 ,1.4, 1.5 and 1.6 are part of this video.

Video source: https://gettr.com/post/p26tf970177

Screenshot 1.1 Video 1.1: 1/30/2023 Changdao: We had a hard time finding the lawyer to represent Himalaya MOS in its litigation against Sara Lihong Wei Lafrenz. After that, the law firm where the lawyer works not only had their computers hacked, but it also came under investigation. This led them to finally believe we are truly dedicated to taking down the CCP, which has been attempting to destroy our New Federal State of China via the unrestricted lawfare, a war without smoke of gunpowder.
This video has English subtitles.

Video Source: https://gettr.com/post/p271g4k3481

Screenshot 1.2 Video 1.2: 1/30/2023 Changdao: Since 2020, only less than 1% of our fellow fighters have lost their confidence in our loan programs when experiencing difficulties and quit, but some of them still stay with the Whistleblowers' Movement. Such a high participation rate is rarely seen in other investments elsewhere. Our remarkable achievement must be attributed to the solid credibility established by Mr. Guo through his great efforts over the past few years. This video has English subtitles.

Video source: https://gettr.com/post/p2719yye293

Screenshot 1.3 Video 1.3: 1/30/2023 Changdao: The CCP's decades-long infiltration in the US judicial system has made it very challenging for a lawyer to represent the Whistleblowers' Movement and the New Federal State of China in a lawsuit. However, we firmly believe that the CCP cannot buy off the entire American legal community, and we will be able to find the lawyers who are righteous, not afraid of being attacked and threatened, and endorse our cause of taking down the CCP!
This video has English subtitles.

Video source: https://gettr.com/post/p26yu6684f1

Screenshot 1.4 Video 1.4: 1/30/2023 Changdao: The New Federal State of China will bring to justice all the CCP's pawns who have harmed us, and Sara Lihong Wei is just the first one; under the CCP's reign, the Chinese people no longer trust each other, and we will help them to restore reputation and credibility in the world! This video has English subtitles.

Video source: https://gettr.com/post/p26yl2lefb4

Screenshot 1.5 Video 1.5: 1/30/2023 Changdao: The verdict of the Himalaya MOS vs Sara Lihong Wei not only invalidates all the false claims of the CCP and its pawns, but also recognizes the righteousness and legitimacy of the Himalaya farms, the Whistleblowers' Movement, and the New Federal State of China! This video has English subtitles.

Video source: https://gettr.com/post/p26yqukc549

Screenshot 1.6 Video 1.6:
Nicole: How much did Mountains of Spices (MOS) borrow in total?

Changdao: From the end of July, early August to December 2020, the total borrowing is almost 40 million, because there are many people in MOS and MOS is in the United States.

N: MOS has succeeded in borrowing so many loans, but many farm loans have encountered setbacks, and some have been blocked. What's going on here, can you tell us about your MOS success experience?

C: The loan amount of MOS is the largest in the entire Himalayan Farm Alliance, and it is also the smoothest. Not a penny is frozen.

N: Then, have any of your accounts been closed, for example, the personal bank accounts of family members have been closed?

C: During the loan period and half a year after the end of the loan, about 23 or 25 accounts were closed one after another, including personal accounts and company accounts. Including personal accounts of family members.

N: Then did your family feel any frustration at that time, and did your life be affected?

C: No impact because it is impossible to do such a large project smoothly. Fortunately, none of the comrades' money was affected, and they were all transferred to the collaborators. All the money remitted by comrades has been

accounted for, and we have reconciled with them in time to reassure them. Then we actively cooperated with the third party, transferred the money out in a timely manner, and signed an agreement.

Screenshot 2.0 Video 2.0: The Story of Phoenix City's Victory (Part 2) Nicole interviews MOS owner Changdao. Guo Wengui pinned this video on his Gettr for one day.

Posted on 3:25 PM · Feb 4th, 2023

1.9K Likes; 1K Reposts; 41.5K views; 75 comments (attack Sara).

Main Content:

Intro: Lihong Wei received as much as 90 million dollars from her fraud. After she received the money, she sold our commrade's banking and personal information to the CCP, which led to many arrests and disappearance of our comrades in China. The legal warfare against members of her fraud group is still on-going. Himalay Alliance will use law as a weapon to strike criminals and opportunists in the Whistleblower Movement.

Interview:
Question 1: Why does Changdao represent comrades to file this lawsuit?
A: Because of the trust of our comrades, the trust of Farms, the trust of Miles Guo. Therefore, we must be responsible for the loss of comrades, for our participants of Farms, for Miles Guo.

Question 2: Any information of those persecuted in China because of Nine-finger Demon (Sara Wei)?
A: Not just heard of, personally, I, myself, received a large amount of information. Many people sent messages to me just before they were apprehended by the Chinese police. I also kept contact with some comrades who were regularly interrogated, monitored, detained or sentenced to jail. I kept all the records. Not a couple, but tens, hundreds. Of course, I can't know all of these people as some

couldn't send me a word just before being arrested. At least, some, as far as I know, not just the data, but living persons. We did not make up the stories, some already came to the US with their evidence. Following this (case), there will be more examples where our comrades were tortured as the result of Nine-finger Demon's collusion with the CCP by leaking their information to the CCP. Witness and evidence are all here. I believe there will be more actions against us from the black hands and spies of the CCP hiding in the US.

Question 3: (I heard) The Alliance sent a letter to Nine-finger Demon, forcing her to give out all the money and accounting records, (and she did not respond)?
A: Yes. At that time, she already used comrades' money to purchase personal items. See Nine-finger Demon is stupid.

Question 4: What's your feel when you received our comrades' money?
A: It's their trust. They wanted me to voice for them. All of them risked losing everything at any time, including their family.

Question 5: Did you have pressure?
A: All of our farm owners have pressure on them. They need to take on risks and responsibilities. All their accounts are at risk of being closed and which have happened a lot.

Question 6: (You are being investigated?)
A: The black hand of the CCP in the DOJ is still investigating myself. Currently it's not on the court yet. This (Wei) case slapped their faces. But our pressure is much less than Mr Guo's. We are willing to share the burden of Mr Guo. We are not afraid, we are legal in any way. Mr Guo is true, so are we.


Screenshot 3.0 Video 3.0: MOS Legislative Program "The Legislative World" [Victory in the first battle] Guest: Brother Changdao

Posted on 11:31 AM · Feb 4th, 2023.

216 Likes; 143 Reposts; 29 comments (attack Sara).

English translation is still in progress.

Screenshot 4.0 Video 4.0:  Feifei Xiu: Nine Finger Demon

Posted on 6:10 PM · Jan 31st, 2023.

40.5 K views; 1K Likes; 567 Reposts; 81 comments (attack Sara).

Feifei is Guo's spokeswoman.

Video source: https://gettr.com/post/p26xvoj31e6

Screenshot 4.1 Video 4.1: Part of 4.0 video, we translated it.

Feifei: In the whole judgment, what I like to see the most is the highlight. I don't like the Nine Finger Demon very much; I know all the bad things she did. Nothing new to me. But when I was reading the background information of this case, I saw a bright spot. What did it say? It said that the plaintiff MOS is a global whistleblower movement aimed at promoting the struggle between the Chinese nation and the Communist Party.

It said: dedicated to promoting liberty and fighting communism in China. Here it also specially added a note, the above subheading 1, you can see in his note, the court believes that what the plaintiff said is true, The Court takes the facts that the court found that the MOS whistleblower movement and all those who participated in MOS are a global activity that promotes the Chinese people's struggle against the Communist Party.

I think this is the biggest highlight I have seen in this case, which means that all the New Federal State of China (NFSC) is doing one thing that has been recognized by the judge in the Arizona court. In the case law country of the United States, once you are approved, you can be cited in other courts and in other places. In other words, what we have done has been more and more recognized by the judiciary as an organization to destroy the Communist Party.

Just as Mr. Guo was recognized as a dissident with the CCP in the court files, the New Federal State of China is being recognized in the legal files, saying that we are a global movement to destroy the CCP.

Screenshot 5.0 Video 5.0: Mountains of Spices LLC (MOS)'s Gettr account pinned a post:

On the afternoon of January 26, 2023, Eastern Time, the U.S. District Court for the District of Arizona, Senior District Judge James A. Teilborg, signed the judgment of Himalaya New York Vanilla Hill Farm v. Wei Lihong and others.

The Court ruled that the plaintiff, MOS, may, within 5 days of settling the claims against all other defendants, including Chen Qisheng, Wei Xiuzhu, and Wang Jianjun, file a motion with this Court for a final judgment of breach of contract against Wei Lihong and Maywind in the amount of $4,550,000, after additional judgments interest.

The judgment of the U.S. District Court of Arizona on the case of MOS v. Wei Lihong and Maywind Trading LLC has great historical significance for the Whistleblower Movement and New Federal State of China.

The background description of the judgment of the case stated that the "whistleblower movement" across the world is committed to promoting freedom in China and combating Chinese communism. The members of the organization are mainly Chinese. They are "whistleblowers" who protest and release public information to expose the crimes and corruption of the CCP." And the recognition

of the "Farm Loan Project" of the Global Himalayan Alliance from August to December 2020.

In the process of adjudicating this case, the ruling finally reached a judgment by citing and referring to many historical cases, demonstrating the application of American Case Law. Similarly, the judgment of this case will also provide a reference for similar cases in the future.

The video has English subtitles.

Post source: https://gettr.com/post/p26p8tw2dd8

Video source: https://gettr.com/post/p26p8tw2dd8

Exhibit 9

# Exhibit 9

The MOS video about the January 27, 2023 default order posted on Gettr and on Twitter by many - examples of posts are behind the video screenshots:

https://gettr.com/search?q=%E9%A6%99%E8%8D%89%E5%B1%B1%E8%AF%89%E9%AD%8F%E4%B8%BD%E7%BA%A2%E5%9B%A2%E4%BC%99%E6%A1%88&tab=top

https://twitter.com/mingpeng777/status/1636193761670885376

////////////////////////////////////////////////////////////////////////////////////////////////

Arizona federal district court has heard of the civil case where MOS sues Gang of Lihong Wei.



The court issued a 22-page order on January 27th, 2023,



Judging that: the gang of Lihong Wei's fraud against comrades in the Farm Loan Program in 2020 is the truth.



The money losses caused to MOS and MOS's members are true.



The fact that the Gang of Lihong Wei hugely and illegally enriched themselves is true.





Therefore, the judge orders that MOS is entitled to claim $4.55 Million and interests against Lihong Wei and Maywind for compensation.





MOS is a farm of the Whistleblower Movement. The judge's order is a historically meaningful milestone to the Whistleblower Movement and NFSC.





1) To any legal cases filed by the CCP in order to attack NFSC, the Whistleblower Movement or Farms, it has a key supporting effect.







2) It has the effect of legal protection of our comrades around the world.



3) It has an effect of deterring evil. It is a fatal blow to the CCP's attempts to eliminate our movement.





4) Also, the effect that all of us can quote this case including in their applications for asylum to solve all kinds of legal issues of the Farms in the future.







This is an essential document for the NFSC to be politically acknowledged in the future by the world.



Himalay MOS, scan the code to join.





Q  Search on GETTR

← **Post**

**sevenlin** ☑
@sevenlib · Mar 18, 2023

**···**   **Follow**

香草山诉魏丽红团伙案

亚利桑那联邦法庭审理的香草山诉魏丽红团伙民事诉讼案，美东时间1
法官签发了22页的判决书。判定魏丽红被告团伙在2020年借款项目中
欺诈行为属实！该欺诈行为给香草山和香草山的战友们造成了经济损。
团伙因此获取了巨额不法利益属实！为此，法官判定香草山可以向魏
索取四百五十五万美元及利息的赔偿。
香草山作为爆料革命的农场，法庭的判决对爆料革命、新中国联邦具
义！
1、对共产党各种攻击新中国联邦、爆料革命和农场的案子，有定海神针的作用。
2、对全球战友有法律护法的作用。
3、震慑邪恶，对共产党的"灭爆小组"是"致命"一击！
4、大家都能用的判例作用。包括申请政治庇护、未来农场各种法律纠纷、新中国联邦
未来被各国政治上认可，这是不可或缺的文件。

**sevenlin** ☑
@sevenlib

自由、民主、法治的喜马拉雅之路！

**26.7K** Following   **11444** Followers

🗛 Translate post                                                   English ∨



00:05 / 01:12

Posted on 7:21 AM · Mar 18th, 2023

**2 Likes**   **2 Reposts**





Q　Search on GETTR

 **sevenlin** ✅
@sevenlib · Mar 18, 2023　　　　　　　　· · ·

香草山诉魏丽红团伙案

亚利桑那联邦法庭审理的香草山诉魏丽红团伙民事诉讼案，美东时间1月27日下午，法官签发了22页的判决书。判定魏丽红被告团伙在2020年借款项目中对香草山战友的欺诈行为属实！该欺诈行为给香草山和香草山的战友们造成了经济损失属实！魏丽红团伙因此获取了巨额不法利益属实！为此，法官判定香草山可以向魏丽红及Maywind索取四百五十五万美元及利息的赔偿。

香草山作为爆料革命的农场，法庭的判决对爆料革命、新中国联邦具有重大的历史意义！

1、对共产党各种攻击新中国联邦、爆料革命和农场的案子，有定海神针的作用。
2、对全球战友有法律护法的作用。
3、震慑邪恶，对共产党的"灭爆小组"是"致命"一击！

← **Post**

🗨 Hide translation　　　　　　　　　　　　　　　English ⌄

Vanilla Hill v. Wei Lihong's Gang The Vanilla Hill v. Wei Lihong Gang Civil Litigation Case heard by the Arizona Federal Court was heard by the judge on the afternoon of January 27, Eastern time, and the judge issued a 22-page verdict. It was found true that Wei Lihong's defendant gang had defrauded her comrades-in-arms in the 2020 loan project! That the fraud had caused economic losses to Vanilla Mountain and her comrades-in-arms in Vanilla Mountain was true! As a result, Wei Lihong's gang had obtained huge illegal benefits! For this reason, the judge ruled that Vanilla Mountain could claim $4.55 million in compensation plus interest from Wei Lihong and Maywind.

As the farm of the Whistleblower Movement, the court's judgment is of great historical significance to the Whistleblower Movement and the New Federal Republic of China!

1. The Communist Party's various attacks on the New China Federation, the Whistleblower Movement, and the farms have the effect of anchoring the sea.
2. It has the role of legal protection for global comrades-in-arms.
3. Deterring evil, it is a "fatal" blow to the Communist Party's "explosion extinguishing team"!
4. The role of precedents that everyone can use. Including the application for political asylum, various legal disputes of Future Farm, and the political recognition of the new Chinese Federation by various countries in the future, this is an indispensable document.

Translations are auto-generated.



香草山诉魏丽红团伙案

Lihong Wei Lafrenz,

Sara 魏丽红

00:26 / 01:12

Posted on 7:21 AM · Mar 18th, 2023

**2 Likes**    **2 Reposts**



X

← **Post**

铭鹏**MENK** ✓
@mingpeng777

Follow    ···

香草山诉魏丽红团伙案

亚利桑那联邦法庭审理的香草山诉魏丽红团伙民事诉讼案，美东时间1月27日下午，法官签发了22页的判决书。判定魏丽红被告团伙在2020年借款项目中对香草山战友的欺诈行为属实！该欺诈行为给香草山和香草山的战友们造成了经济损失属实！魏丽红团伙因此获取了巨额不法利益属实！···

Translate post



0:01 / 1:13

7:32 PM · Mar 15, 2023 · **285** Views

💬 1          ⟲ 1          ♡ 6          🔖          ↑

铭鹏MENK ✔ @mingpeng777 · Mar 15, 2023　　　···

为此，法官判定香草山可以向魏丽红及Maywind索取四百五十五万美元及利息的赔偿。
香草山作为爆料革命的农场，法庭的判决对爆料革命、新中国联邦具有重大的历史意义！

○ 1　　　　t↗　　　　♡ 2　　　　⎸⎸⎸ 48　　　　🔖　⬆

铭鹏MENK ✔ @mingpeng777 · Mar 15, 2023　　　···

1、对共产党各种攻击新中国联邦、爆料革命和农场的案子，有定海神针的作用。
2、对全球战友有法律护法的作用。
3、震慑邪恶，对共产党的"灭爆小组"是"致命"一击！
4、大家都能用的判例作用。包括申请政治庇护、未来农场各种法律纠纷、新中国联邦未来被各国政治上认可，这是不可或缺的文件。

○　　　　t↗　　　　♡ 2　　　　⎸⎸⎸ 56　　　　🔖　⬆

Exhibit 10

# Exhibit 10

2023.10.14 Nicole 看七哥 长岛哥谈郭先生，雁平及联盟近况

https://gettr.com/streaming/p2sjoe5b98b



**Timeline: from 47:20**

Qidong Xia (Changdao; Long Island): 就像伪类欺民贼一样，你现在跳得欢，你未来一定会被清算。当地的法律国家找不到你，新中国联邦未来不会饶了他们。就像以色列一样，你只要欺负过以色列，你只要动过他，你搞恐怖袭击，以色列政府一定不会饶了他。新中国联邦也是一样，你过去，今天你伤害爆料革命，伤害新中国联邦，伤害我们的战友，今天我们不会跟你算账，但是迟早有一天会跟你算账的，哪怕中国共产党灭了以后，我们也要找这些伪类欺民贼算账。

## Traslation:

Qidong Xia (Changdao; Long Island): people who are against us, you are happy for what you are doing now, and we will get even with you in the future. Local laws cannot punish you, but the New Federal State of China will not spare you in the future. Just like Israel, as long as you have bullied Israel, as long as you have touched it, or you have carried out terrorist attacks, the Israeli government will definitely not spare you. The same is true for the New Federal State of China. In the past, and today you hurt the Whistleblower movement, the New Federal State of China, and our comrades-in-arms; today we will not get even with you, but sooner or later we will get even (revenge) with you.

YouTube link:

https://youtu.be/e75SLwB16-s?si=QOELBXDOAB8gnTsk



2023.10.14 Nicole吾七哥 长岛哥谈郭先生，雁平及联盟近况

## Case Information

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | CV2024-001747 | Judge: | | Cronin, Mary |
| File Date: | 1/29/2024 | Location: | | Downtown |
| Case Type: | Civil | | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Mountain Of Spices L L C | Plaintiff | | William Quinlan |
| Maywind Trading L L C | Defendant | | Pro Per |
| Aeon Capital L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 2/2/2024 | NOF - Notice Of Filing | 2/5/2024 | |
| NOTE: | Notice of Filing Certificate of Service | | |
| 1/29/2024 | COM - Complaint | 1/31/2024 | |
| 1/29/2024 | CSH - Coversheet | 1/31/2024 | |
| 1/29/2024 | NFJ - Notice of Filing Foreign Judgment | 1/31/2024 | |
| 1/29/2024 | JUD - Judgment | 1/31/2024 | |
| NOTE: | Notice of filing and entry provided to the parties | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| 1/29/2024 | F: Mountain Of Spices L L C<br>A: Maywind Trading L L C | $9,966,866.00 | One Time | Principal | |

Exhibit 11

# Exhibit 11

After Guo's superseding indictment on January 4, 2024, numerous tweets on Twitter, YouTube and Getter slandered me and had a profound impact on Chinese community. People believe Guo's saying. The extent of Guo's attack has been devastating and is anticipated to persist in causing harm to me and my family. While it may seem that the government is indifferent to individual safety, it is my sincere hope that authorities recognize the inherent dangers posed by Guo, his associates, and their organization NFSC.

Translation

Picture 1: January 19, 2024:

Why didn't the Nine Finger Demon file a lawsuit? What was he afraid of? Once you enter the court, you can't get out? No matter what, despite your absence, the court still ordered you to pay back the money. GTV's project is also included in Rico. Do you think Nine Finger Demon will have any luck? You have harmed so many comrades, now it is your turn to write a suicide note

Picture 2: January 19, 2024

Not only must she refund the money, but the Nine Finger Demon must not be allowed to escape legal sanctions.

Picture 3: January 18, 2024

I still firmly supported Guo until September 2023. But in the later stage, I already felt that the Whistleblower Movement would fail, but I never thought it was a [fraud], and it was a fraud to defraud comrades in arms! ! ! This is unforgivable! ! Very angry! ! 😡 😡 😡 😡 The reason for the anger is the same as saying that the Nine Finger Demon betrayed the information of many comrades in China to the CCP, resulting in many people being arrested. Now it turns out that Guo Wengui is the biggest mastermind behind the scenes, it's like a movie script.

Picture 4: January 18, 2024

I really don't understand why Mount Spice LLC and Chen Qisheng (Ocean) reconciled. Nine Finger Demon accepted the investment from her comrades and asked them to write a suicide note. Did she misappropriate the investment funds from her comrades to buy property for the Chen Qisheng family? Chen made a lot of money from buying and selling, but he and Nine Finger Demon didn't share the stolen goods equally, so they started fighting among themselves.

Picture 5: January 14, 2024

Lihong Wei and her gang caused so many people inside the wall (China) to disappear. I don't believe this matter will go unsolved.

If you do bad things, God is watching!

Picture 6: January 15, 2024

Especially ask others to write a will is like a witch, a devil woman. It is so bad to let others write the will and write yourself as the beneficiary. Those who can write are also stupid. I sympathize with them for being deceived by the Nine Finger Demon, but they are also really stupid.

Picture 7: January 15, 2024

There is only one possibility, the Nine Finger Demon wants to continue to embezzle this stolen money. And don't want to be sanctioned by RICO. But this is absolutely impossible.

Picture 8: January 14, 2024

This bitch, the Nine Fingered Demon, is really evil. She kills people for the sake of wealth. She has killed so many people and made so many to be disappeared.

Picture 9: January 14, 2024

Inform Luc (Guo's trustee) that the target of the RICO investigation should add the Nine Finger Demon Wei, Lihong.

Picture 10: January 14, 2024

The Nine Finger Demon cannot escape the punishment of the law (RICO).

Picture 11: January 13, 2024

You stinky bitch swallowed the money yourself and built an archway. Nine Finger Demon, you damn liar. You and your son have so many accounts that people will come to you to settle the accounts, and you will die without a burial place...

Picture 12: January 12, 2024

The Nine Finger Demon entity escaped and refused to answer the summons. Only exists online😆 But with so many enemies, can she spend her old age peacefully?

Picture 13: January 12, 2024

She also embezzled money from investors who asked her to purchase [GTV]😆 Is this why Guo and Nine Finger Demon fell out?

Picture 14: January 12, 2024

I estimate that [Nine Fingers] swallowed up more than 10 million US dollars from those who supported Guo inside the wall (China).

Picture 15: January 12, 2024

The Nine Finger Demon has been reported to Luc.

Picture 16: January 10, 2024

The [VOG] of Nine Finger Demon in the 215 file (The superseding indictment) is [associated]👍

We must not let the nine-fingered demon Wei Lihong escape the punishment of the law this time.

Picture 17: January 6, 2024

The nine-fingered demon must not run away either. She has devoured more than 50 million from her comrades.

Picture 18: January 20, 2024

Sara Wei Lihong, all the money transferred to Phoenix Farm was misappropriated by you. If you don't accept the subpoena, will you be fine? The court ordered you to pay more than 4 million yuan in compensation. How dare you hide? Now more people have written motions and more people have joined the ranks of people seeking compensation from you. Are your kind words effective? Will anyone still believe it?

Picture 19: January 14, 2024

Today we are calling on Bai Lian ⊘ (Sara) to accept the subpoena. Please spread the word ◁ ◁ ◁ Luc's subpoena, the SEC's subpoena, and the Vanilla Mountain lawsuit, which cost more than 4 million, and pay it quickly. Is it useful for you to hide? You shameless Bailian ⊘ (Sara), if you continue to lie in the name of God, you will go to the 18th level of hell, and you will end up like GUO! If you don't believe it, just wait and see!

Picture 20: January 21, 2024

There is no need to fight with Wei Lihong, there is a high probability that she will be on the criminal prosecution list (not civil) in the RICO case.

Picture 21: January 14, 2024

The iron fist of the RICO Act hits her, can she escape? Catch her and contact Luc to ask her to spit out the money.

RICO hit her, so if she doesn't file a complaint, she's on the run, right? Like William Ye, all direct assets have been frozen. She is probably going to Abu Dhabi to escape the limelight.

Picture 22: January 5, 2024

We look forward to the day when the female liar Wei Lihong is brought to justice! !

Picture 23: January 5, 2024

The listed entity company of Guo Gang has Wei Lihong's big VOG, which also verified our initial judgment about Wei Lihong.

Picture 24: January 5, 2024

Don't let the son of prostitute Wei Lihong escape. He must be sentenced without parole, preferably to life.

Picture 25: January 4, 2024

Prostitute Wei Lihong must let the prostitute's son go to jail, life sentence without parole.

Picture 26: January 4, 2024

The day of doom has come, and Wei Lihong's family will not have a good outcome. They all know very well what the ending will be, and all the performances now are just a desperate struggle.

Picture 27: January 20, 2024

According to public information, Wei Lihong, the backbone of Guo's criminal group #SARA, and her son Wei Xiuzhu, in order to avoid debt and hide out, sold two properties under their names in Tucson in batches from February to May 2021. The addresses are:

1. 6302 N Barcelona Ln UNIT 623, Tucson, AZ 85704;

2. 1673 W Blue Horizon St, Tucson, AZ 85704-1443.

Picture 27: January 14, 2024

Luc sent her a subpoena, but she didn't accept it.

Someone must know she was dodging subpoenas.

The professional accounting company LUC is using now will definitely be able to dig her out.

https://twitter.com/2cskr777/status/1748471298064298389

https://twitter.com/wenruidonghua/status/1748384970672865416

https://twitter.com/1808_W73/status/1748013066003075150

https://twitter.com/2cskr777/status/1747592163175633266

← 　Q　九指　　　　　　　　　　　　　　　　　　　　　⋯

Top　　　　Latest　　　　People　　　　Media　　　　Lists

二成熟烤肉 @2cskr777 · Jan 19　　　　　　　　　　　　⋯
Replying to @Appleju53279479
九指妖为啥不应诉啊，怕什么？进了法院就出不来了？？不管怎么样，尽管你缺席，法院还是判你要还钱，GTV的项目也在rico里面，你以为还会有侥幸吗？你害过那么多战友，现在轮到你写遗书了！

　　○　　　　　⇄ 2　　　　　♡ 2　　　　　‖ 214　　　　　🔖 ⬆

雯锐动画 @wenruidonghua · Jan 19　　　　　　　　　　　⋯
Replying to @Percy43508644 and @Appleju53279479
不但要退钱，还一定不能让九指妖逃脱法律的制裁

　　○ 1　　　　　⇄　　　　　♡ 4　　　　　‖ 220　　　　　🔖 ⬆

阮尚李【Fuck HK POPO】 @1808_W73 · Jan 18　　　　　⋯
Replying to @haozhu88 and @James15817613
没有，我在2023年9月前还是坚定挺郭。但我后期已经是觉得爆料革命会失败的，但我从未想过是【诈骗】，而且是诈骗战友的钱！！！这是不可饶恕的！！非常火大！！●●●● 愤怒的原因，就等同于当时说九指妖出卖了很多国内的战友信息，导致很多人被抓。现在原来郭文贵才是最大幕后黑手，简直是电影剧本

　　○ 2　　　　　⇄ 1　　　　　♡ 1　　　　　‖ 211　　　　　🔖 ⬆

二成熟烤肉 @2cskr777 · Jan 17　　　　　　　　　　　　⋯
实在不懂为什么香草山和陈其生（海洋）和解了。
连九指妖自己都承认"冒了一个险"，冒了啥险？九指可是收了战友投资还要战友写遗书的，是不是她挪用战友投资款给了陈其生家族置物业？陈可是买了又卖赚不少，与九指分赃不均内杠。
为什么香草山还没给战友们个交代就与陈其生和解撤诉啦？期待夏饭蔡二人转

https://twitter.com/MischaEDM/status/1746670796293251308

 **Mischa** @MischaEDM · Jan 14                               ...

魏丽红和她的团伙，让那么多墙内人失踪，这个事会了了，我不信！

做坏事，天在看！



>  吊儿郎当吃瓜 @pb5gvQOdgdij83S · Jan 14
> Replying to @MischaEDM and @huanghebian
> 2021年初，SARA魏丽红指示MAYWIND法人彭健，全额付给律师200万
> 美元费用，这钱都是农场借款项目所得的诈骗款LUC要查查。

○            ⟲ 5            ♡ 15            ᐧ�006 984            🔖 ⬆

https://twitter.com/travisliu575/status/1746775737577927106

 しょうごたべよるたべない @travisliu575 · Jan 15                    ...
Replying to @MischaEDM
尤其写遗嘱，简直就是魔女，魔鬼女人，让别人写遗嘱，受益人写自己，太坏
了。那些能写的人也是蠢到家了，同情他们被九指妖骗，但也真的蠢

○            ⟲            ♡ 2            ᐧᐧᐧ 41            🔖 ⬆

https://twitter.com/wenruidonghua/status/1746855544542159276

雯锐动画 @wenruidonghua · Jan 15                                           ...
Replying to @Percy43508644
只有一个可能性，九指妖想继续侵吞这笔赃款。并且不想被RICO制裁。但这
绝不可能

https://twitter.com/travisliu575/status/1746732817021837815

しょうごたべよるたべない @travisliu575 · Jan 14
Replying to @MischaEDM
九指妖这贱货真的是坏透了，图财害命，害了多少人，消失了多少人

◯ 1        ⇄        ♡ 1        ᴵ�𖼊ᴵ 61        🔖 ⬆

https://twitter.com/wenruidonghua/status/1746536856706036094

https://twitter.com/wenruidonghua/status/1746526609736151354

雯锐动画 @wenruidonghua · Jan 14
Replying to @pb5gvQOdgdij83S and @Percy43508644
通知 Luc，RICO 调查的对象要加入九指妖魏丽红

◯        ⇄        ♡ 2        ᴵ�𖼊ᴵ 51        🔖 ⬆

雯锐动画 @wenruidonghua · Jan 14
Replying to @Percy43508644
九指妖逃不过法律的制裁

◯        ⇄        ♡ 3        ᴵᑊᴵ 267        🔖 ⬆

https://twitter.com/2cskr777/status/1746227852536598776

二成熟烤肉 @2cskr777 · Jan 13
Replying to @Appleju53279479 @autflower1 and @pb5gvQOdgdij83S
那说说这些钱去哪里了？这臭婊子自己把钱吞了还立牌坊，
九指妖：不要以为今天太监和你和解了就代表以后就不会追踪了，死骗子，你
和你儿子的帐多的是人会找你们清算，会死无葬身之地..

◯        ⇄        ♡        ᴵᑊᴵ 48        🔖 ⬆

Case 2:21-cv-01497-JAT    Document 143-3    Filed 02/16/24    Page 80 of 86

https://twitter.com/BtuTNy1/status/1746032545970430210

https://twitter.com/BtuTNy1/status/1746024611576172787



不漏洞拉 Bắt Đầu Từ Nây @BtuTNy1 · Jan 12

Replying to @brunei_8964

九指實體尿遁了，不接傳票。祇存在網上

但仇家那麼多，能安度晚年嗎？

♡ 2    22    12

不漏洞拉 Bắt Đầu Từ Nây @BtuTNy1 · Jan 12

Replying to @brunei_8964

還截胡了投資買【雞TV】的錢

爲何龜兒九指翻臉？

♡ 1    34    13

https://twitter.com/BtuTNy1/status/1746022337214844970

https://twitter.com/wenruidonghua/status/1746003489610707155

不漏洞拉 Bắt Đầu Từ Nây @BtuTNy1 · Jan 12

Replying to @Fiughafeni @Ryan93746001 and 2 others

哎，VOG(Voice of Guo)臭了，改VOG(Voice of GOOD)繼續丫丫

什麼【良言善語】在洗地？

我估計【九指】吞了墙內傘兵螞蟻超一千萬刀

♡ 3    79    14



霎悅动画 @wenruidonghua · Jan 12

Replying to @jac496528

已经向 Luc 举报九指妖



15

https://twitter.com/BtuTNy1/status/1745187270670377066

不漏洞拉Bắt Đầu Từ Nây @BtuTNy1 · Jan 10

Replying to @pb5gvQOdgolj83S @dxbybzb1722 and @wenruidonghua

九指的【VOG】在215文件是【關聯戶】👍

> a. The interrelated and overlapping entities that form the Kwok Enterprise
> include: ACA Capital Group Limited, ACA Investment Management Limited, Freedom Media
>
> 2
>
> Case 1:23-cr-00118-AT   Document 215   Filed 01/03/24   Page 3 of 49
>
> Ventures Limited, G Club International Limited, G Club Operations LLC, G Fashion LLC, G
> Fashion International Limited, GF Italy, LLC, GFNY, Inc., G Music LLC, GETTR USA, Inc.,
> Golden Spring (New York) Limited, Greenwich Land, LLC, GTV Media Group, Inc., Guo Media,
> G News LLC, Hamilton Capital Holding Limited, Hamilton Investment Management Limited,
> Hamilton Opportunity Fund SPC, HCHK Property Management, Inc., HCHK Technologies, Inc.,
> the Himalaya Exchange, the Himalaya Farm Alliance, Himalaya Currency Clearing Pty Ltd.,
> Himalaya International Clearing Limited, Himalaya International Financial Group Limited,
> Himalaya International Reserves Limited, Holy City Hong Kong Ventures Ltd., Hudson Diamond
> NY LLC, Infinity Treasury Management, Inc., Jovial Century International Limited, Lamp Capital
> LLC, Leading Shine NY Limited, Lexington Property and Staffing Inc., Major Lead International
> Limited, Mountains of Spices LLC (d/b/a New York Farm), the New Federal State of China,
> O.S.C. Orbit Service Company LLC, Rule of Law Foundation III, Inc., Rule of Law Society IV,
> Inc., Saraca Media Group, Inc., Taurus Fund LLC, Taurus Management LLC, and Voice of Guo
> Media Inc., among others.

○    ⟲    ♡ 1    ⅱⅼ 19    ⬚ ⬆

 雯锐动画 @wenruidonghua · Jan 10

Replying to @dxbybzb1722

名单里有九指妖吗

https://twitter.com/wenruidonghua/status/1744348042092855329

 雯锐动画
@wenruidonghua

千万不能让九指妖魏丽红这次逃脱法律的制裁

Translate post

8:19 AM · Jan 8, 2024 · 35 Views

https://twitter.com/wenruidonghua/status/1743811591605293418

 雯锐动画 @wenruidonghua · Jan 6
Replying to @1808_W73
九指妖也一定不能跑了，她截胡了战友5000多万

○          ↻          ♡          ᴵᴵᴵ 18                 🔖 ⬆



https://twitter.com/Appleju53279479/status/1748917368741564696

↻ 无聊而已5086605 reposted

 无聊而已5086605 @Appleju53279479 · Jan 20
Sara魏丽红，你派人到我下面维稳来了呀，真牛👍所有转钱到凤凰农场的钱
被你挪用，你不接传票，你就没事吗？法院判你赔款400多万，你有种躲呀！
你把现在写动议加到跟银行一起去起诉你的受害人说是受害人互害模式，还说
会踩踏，你是怕更多人加入找你赔款行列，你那点良言善语管用吗？还会有人
信吗？

https://twitter.com/Appleju53279479/status/1746706598158831993

 无聊而已5086605
@Appleju53279479

今天开始呼吁白莲🫖 接传票，请大家传播▬▬▬Luc传票，SEC传票，跟
香草山官司交400多万赶紧去缴，你躲有用吗？你个臭不要脸的白莲🫖，
如果你继续拿着上帝的名继续鸣，你会下18层地狱，还会跟龟七下场一样！
不信你走着瞧！有本事来回应！

Translate post

https://twitter.com/dxbybzb1722/status/1749287299668426934

 世纪巨骗鬼子七
@dxbybzb1722

不用跟魏丽红斗气，大概率她会上RICO案的刑事起诉名单(不是民事)。凤凰农场主/VOG/GService/Maywind都参与了郭文贵的金钱交易，六棵松涉嫌非法挪用郭蚂蚁的钱投资盈利【金融欺诈】，还跟挺郭小妹/郝甜把GF的钱转到阿布扎比【洗钱】。虽然她后来做了污点证人，但是只会减刑,不会免罪。等待司法审判吧。

Translate post

11:26 PM · Jan 21, 2024 · 1 View

https://twitter.com/XWTMIN/status/1746757903170572669

 2VL @XWTMIN · Jan 14
RiCO法案的铁拳砸到她，她能逃得掉吗？ 抓到她再联系Luc让她吐钱。

💬 1          ⟲          ♡ 7          ᴵᴵᴵ 90          🔖 ↥

 汤の兔 ✅ @waterlapin1111 · Jan 15
RICO砸到她，她不应诉那就是在逃了吧?
跟老余一样直接资产全部冻结了
估计也要去阿布扎比避风头了

https://twitter.com/autflower1/status/1743414822270615575

https://twitter.com/lolococo2018/status/1743404928721195154

https://twitter.com/Moonwolf919/status/1743353669716770983

风云变幻▇▇ ▇▇ @autflower1 · Jan 5

*22*

Replying to @pb5gvQOdgdij83S

期待对女骗子魏丽红绳之以法的一天！！
这个女恶棍之恶不亚于王啪啪与郭骗

💬 1        🔁        ♡ 3        ᪶ 105        🔖 ⤴

威廉 我们好好谈谈 @lolococo2018 · Jan 5

*23*

Replying to @lolococo2018

差点忘了，被列的郭黑帮实体公司赫然有魏丽红的大VOG，又验证了我们对魏
丽红的最初判断，我也不知道当初说我们判断错误的人，说魏丽红司法合作了
的人，现在还提不提这件事。晚上吃碗牛肉面吧。 😃

💬 1        🔁        ♡ 7        ᪶ 237        🔖 ⤴

Celenia-套狼的小女子 @Moonwolf919 · Jan 5

*24.*

Replying to @MischaEDM

别让娼妓魏丽红的儿子跑了，必须判刑不得假释，最好判无期

💬 2        🔁 1        ♡ 6        ᪶ 167        🔖 ⤴

https://twitter.com/Moonwolf919/status/1743130000243429681

Celenia-套狼的小女子 @Moonwolf919 · Jan 4

*25*

Replying to @MischaEDM and @langougou210770

娼妓魏丽红，必须让娼妓的儿子进监狱，无期徒刑不得保释

💬        🔁        ♡ 3        ᪶ 30        🔖 ⤴

https://twitter.com/li94719332/status/1743121844457369686



Jenny @li94719332 · Jan 4

*26*

Replying to @MischaEDM

鱼在岸边欢蹦乱跳的时候就是快完蛋的日子到了，魏丽红会婊言婊语，那就是
它作死的节奏，一家人都不会有好结果的，它们自己都非常清楚结局是什么，
现在的所有表演只是垂死挣扎罢了……踏阆一样不会有好下场 的。

https://twitter.com/pb5gvQOdgdij83S/status/1748711836311003340

 吊儿郎当吃瓜
@pb5gvQOdgdij83S



...

据公开信息，郭氏犯罪集团骨干 #SARA魏丽红 和儿子魏修竹为躲避债务隐遁，于2021年2月至5月期间，分批出售其名下位于图桑的两处房产，地址分别为：
1、6302 N Barcelona Ln UNIT 623,Tucson,AZ 85704；
2、1673 W Blue Horizon St, Tucson, AZ 85704-1443。

Translate post

吊儿郎当吃瓜 @pb5gvQOdgdij83S · May 25, 2021
据公开信息，魏丽红SARA从今年2月到5月，已出售其名下位于图桑的两处房产。
1、二月
6302 N Barcelona Ln UNIT 623,Tucson,AZ 85704；
小斯嘉在2月7日，带领若干VOG苦主到此处向SARA讨要找款。
2、五月 …

Show more



1:57

9:19 AM · Jan 20, 2024 · 1,877 Views

○ 4    ⇄ 10    ♡ 25    🔖    ⬆

 Post your reply    Reply

Celenia-套狼的小女子 @Moonwolf919 · Jan 20    ...
这独苗苗完了哈哈哈，无期徒刑不得假释哈哈哈
○    ⇄    ♡    ᵢₗᵢ 28    🔖 ⬆

海浪 @Lollipo9317111 · Jan 20    ...
天涯海角何处逃，凡事走过之路必留痕迹！最好早日到法庭报到也许可减轻罪状否则罪上加罪。
○    ⇄    ♡ 1    ᵢₗᵢ 44    🔖 ⬆

韦石 watson Meng of Farm Direct @farmdirect8 · Jan 20    ...
大概率魏和她儿子早不在美国了
○    ⇄    ♡ 1    ᵢₗᵢ 47    🔖 ⬆

 雯锐动画 @wenruidonghua · Jan 20    ...
发邮件给Luc了

https://twitter.com/waterlapin1111/status/1746754625884316054

汤の兔 ✔ @waterlapin1111 · Jan 14
Luc给她发传票她不接呢

28



Case 22-50073   Doc 2503   Filed 01/12/24   Entered 01/12/24 15:27:00   Page 24 of 41

Liberty Jet Management
c/o American Incorporators Ltd
1013 Centre Road, Suite 403-A
Wilmington, DE 19805

Lightworks Interactive
30-A Howard Place
Ronkonkoma, NY 11779

Lihong "Sara" Wei Lafrenz
14747 N Northsight Blvd
Ste 111
Scottsdale, Arizona 85260-2633

Lihong "Sara" Wei Lafrenz
1850 W Orange Grove Rd
Tucson, Arizona 85704

Limarie Reyes
125 Harbour Dr
Apt 26
Humacao, Puerto Rico 00791

Limarie Reyes
Paul M. Krieger
Krieger Kim & Lewin LLP
350 Fifth Avenue,
77th Floor | New York, NY 10118

💬 2        🔁 2        ♡ 6        📊 293        🔖   ⬆

蓝勾勾3184039 @langougou210770 · Jan 15
她已经把房子都卖了。

💬 2        🔁        ♡ 3        📊 135        🔖   ⬆

2VL @XWTMIN · Jan 15
她一定有高人指导她怎么各种的逃。

💬 1        🔁        ♡ 3        📊 65        🔖   ⬆

汤の兔 ✔ @waterlapin1111 · Jan 15
Luc现在用的这个专业查水表公司肯定能把她挖出来的

💬 2        🔁        ♡ 6        📊 97        🔖   ⬆