# Exhibit A

# Loan Agreement

This agreement is made and will be effective on <u>01/18/2021</u>.

**BETWEEN**

<u>SIX PINES INVESTMENT LLC</u>  hereinafter referred to as the "Borrower" with a street address of <u>3431 DUPLIN CREEK DR, KATY, TX, 77494</u>.

**AND**

<u>AEON CAPITAL LLC</u>    hereinafter referred to as the "Lender" with a street address of <u>12810 N CAVE CREEK RD APT 206, PHOENIX, AZ, 85022</u>.

## Amount

The "Lender" lends <u>2,000,000.00</u> USD (the "Amount") to the "Borrower" with 3 business days after this agreement takes effect.

## Terms and Conditions

1. The "Lender" lends the "amount" of loan to the "Borrower" for unlimited time.
2. The interest of the "amount" of loan is 0.0%.
3. The purpose of the "amount" of loan is investment.
4. The "Lender" has a right to recall the "amount" of loan from the "Borrower" at any time.
5. The "Borrower" must repay the "amount" of loan with 90 days after the "Lender" issues the recall.
6. After the "Borrower" repays the "amount" of loan, this agreement is terminated.

The "Lender":
AEON CAPITAL LLC
Title: ___Manager___

Signature: _____

The "Borrower":
SIX PINES INVESTMENT LLC
Title: _Member_

Signature: _____