**Exhibit B**



**Planet Depos**

*We Make It Happen*™

# Transcript of Jianjun Wang, Volume 2

**Date:** January 31, 2022
**Case:** Mountains of Spices, LLC. -v- Lihong, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

---------------------------------X

MOUNTAINS OF SPICES, LLC,               :

A NEW YORK LIMITED LIABILITY            :

COMPANY,                                :

　　　　　　　　Plaintiff,              :

　　　　　v.                            : CASE NO.:

SARA LIHONG WEI LAFRENZ                 : 2:21cv-01497JAT

A/K/A SARA WEI, XIUZHU WEI,             :

MAYWIND TRADING, LLC, JIAN PENG,        :

QISHEN CHEN, AND JIANJUN WANG           :

　　　　　　　　Defendants.             :

---------------------------------X


VOLUME II

Deposition of JIANJUN WANG

CONDUCTED VIRTUALLY

Monday, January 31, 2022

10:04 a.m.




Job No.: 428275

Pages: 73 - 178

Reported by: Kelly Walters, CVR

Deposition of JIANJUN WANG, conducted virtually.

Pursuant to agreement, before Kelly Walters, CVR and Notary Public in and for the State of Ohio.

A P P E A R A N C E S


ON BEHALF OF THE PLAINTIFF, MOUNTAINS OF

SPICES, LLC, A NEW YORK LIMITED LIABILITY

COMPANY:

        ERIC T. SCHMITT, ESQUIRE

        THE QUINLAN LAW FIRM, LLC

        Willis Tower

        233 South Wacker Drive

        Suite 6142

        Chicago, Illinois 60606

        (312) 883-5500


ALSO PRESENT:

ECHO LIM, Interpreter

ADAM NUDELMAN, Videographer

C O N T E N T S

EXAMINATION OF JIANJUN WANG                    PAGE

    By Mr. Schmitt                              78

          E X H I B I T S

        (Attached to the transcript)

JIANJUN WANG DEPOSITION EXHIBITS               PAGE

 EXHIBIT 3    Defendant's Answers to Complaint  79

 EXHIBIT 4    Maywind Loan Agreement            115

          PREVIOUSLY MARKED EXHIBITS

 EXHIBIT 2    Wang Letter                       107

against each other.

Q    So last time -- during our deposition last time, you stated that Sara told you that the purpose of Six Pines would be to support the six people who are investors in it, correct?

A    Yes.  This is the reasoning she gave us, yes.

Q    Okay.  And -- and she told you that around the time when the company was created, maybe December 2020 or January 2021; is that fair, sir?

A    Yes.  It should be around beginning of January, I believe.

Q    And she also told you that the money from the company would come -- was money that had been provided to the Phoenix base by Miles Guo; is that rights, sir?

A    Correct.

Q    Did she tell you that in person or did she tell you that in -- in some sort of a writing, like, an e-mail or WhatsApp?

A    Because at the time I was about to leave the base because I -- there was no income.  Salary was not -- not paid to us.  I have wife and children to -- to take care of, so I was about to

leave the base and go back to Penn State University to continue my previous job. But she wanted me to stay. In order for me to stay, she told me that we still have this money. We are about to form a new company to support so that we can continue with our work of anti-communist party and also to expose the scams that Mr. Guo has been putting out there. So that the company will continue to support us, the people who work on this matter.

Q   And did she tell you that in person, over the phone, or via e-mail, or WhatsApp?

A   In person. Sara almost never used method of e-mail. I don't remember receiving her e-mail at all.

Q   At some point you were told by Jonathan, P.J., and Sara that the money for Six Pines had not actually come from Miles Guo, but that it had come from small investors from the Phoenix Farm; is that correct, sir?

A   Yes. When she asked for the share to be returned to -- to her. And then we disagree.

Q   So that was at --

A   That was the -- that was the time she told us that this money came from small investors

and nobody can touch this money.

INTERPRETER:  I'm sorry.  I needed some water.

Q    Okay.  And that conversation was in June of 2021?

A    Yes.  Must be somewhere around end of May and beginning of June.

Q    And before that, had you ever -- did you have any possible knowledge that the money that Maywind was using was from small investors in the loan program?

A    No, she never mentioned any other.

Q    It was Sara that told you in either the end of May or in June of 2021 that the money that Six Pines had had come from small investors?

A    Yes.

Q    And how did she tell you that?  Was that in person, or was it via WhatsApp, or some other means of communication?

A    During the fight in WhatsApp she said that.

Q    I'm going to move on to different topics.  You -- we discussed an agreement with Maywind earlier.  If you recall, I showed both potentially a copy of that agreement, do you

recall that, sir?

A    Yes, I remember.

Q    Last time during your last deposition you mentioned that you had also seen an agreement with Aeon?

A    Yes.  Yes.  It was in total two agreement in combination six -- 6.9 million U.S. dollars.

Q    So the agreement with Aeon was a loan for about $2 million; is that accurate, sir?

A    Yes.  They figure is correct.  It's 2 million U.S. dollars.

Q    And were the terms of the agreement between Aeon and Six Pines identical to those as the terms between Maywind and Six Pines?

A    I have to see that agreement to -- to remind myself.  Because at that time I was only basically just look at the company's name and also the figures.  I don't remember the details.

Q    Do you remember whether it had -- the agreement between Aeon and Six Pines also had a 0 percent interest rate?

A    I think -- I believe so.

Q    And did the agreement between Aeon and Six Pines also ent -- entitle Aeon to request

01:45:36
01:45:45
01:45:47
01:45:51
01:45:53
01:46:04
01:46:13
01:46:17
01:46:20
01:46:23
01:46:34
01:46:38
01:46:40
01:46:42
01:46:47
01:47:07
01:47:18
01:47:20
01:47:24
01:47:27
01:47:29
01:47:32
01:47:41
01:47:45
01:47:49