# Exhibit C



# Transcript of Jianjun Wang

**Date:** January 24, 2022
**Case:** Mountains of Spices, LLC. -v- Lihong, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

- - - - - - - - - - - - - -
MOUNTAINS OF SPICES, LLC, :
A NEW YORK LIMITED         :
LIABILITY COMPANY,         :
                           :
            Plaintiff,     :
                           :
            vs             : Case No.
                           : 2:21-cv-01497-JAT
SARA LIHONG WEI LAFRENZ    :
A/K/A SARA WEI, XIUZHU      :
WEI, MAYWIND TRADING LLC,  :
JIAN PENG, QISHEN CHEN,    :
AND JIANJUN WANG,          :
                           :
            Defendants.    :
- - - - - - - - - - - - - -

Virtual Videotaped Deposition of JIANJUN WANG

Monday, January 24, 2022

9:35 a.m. CST

Job No.: 425504

Pages: 1-72

Reported by: Bonnie Panek

Virtual Deposition of JIANJUN WANG, held pursuant to agreement through an interpreter, before Bonnie K. Panek, Notary Public of the State of Texas.


                    A P P E A R A N C E S

   ON BEHALF OF PLAINTIFF:

        ERIC T. SCHMITT, ESQUIRE

        THE QUINLAN LAW FIRM, LLC

        Willis Tower

        233 South Wacker Drive, Suite 6142

        Chicago, Illinois  60606

        (312) 883-5500


ALSO PRESENT:  Vladimir Korneychuk, Videographer

               Echo Lim, Mandarin Interpreter

               Celeste Herr, Esquire

               Ava Geenen, Paralegal

C O N T E N T S

EXAMINATION OF JIANJUN WANG:                          PAGE

   By Mr. Schmitt                                        5

E X H I B I T S

   (Marked After the Conclusion of Deposition.)

No. 1 (Notice and Subpoena to Mr. Wang)

No. 2 (Letter from Mr. Wang Dated 6-19-21)

finances or resources will no longer be distributed outside.

Q    What do you mean they wouldn't be distributed outside, outside of what?

A    He said his company -- I'm sorry, he said his money were all a loan.

Q    And were you aware -- were you aware that the money was a loan before?

A    (Speaking in English) This is a long story.

THE INTERPRETER:  This again is another long story.

BY MR. SCHMITT:

Q    Okay.  Why don't you just -- sir, and I want to hear it, so why don't you just tell me the whole story from the beginning about where all the money came from and -- for Six Pines and where it was supposed to go.  Can you just tell me that story, sir?

A    Yeah, there's a lot to tell you in that story.  Okay.  Okay.  Let me think about how to initiate the story.  It was around last year, around -- oh, it was around election time in year 2020.

And after the election Mr. Guo's

relationship with Sara, the relationship between Mr. Guo and Sara has changed, and after the changes in relationship Mr. Guo removed Sara from his counseling team or advisory team and then Mr. Guo announces that the New Federal State of China base will be dissolved.

Then we lost our job at the base. That is the reason why we receive no salary for the second half of December, but we did not leave for home immediately because we came for ideology to help China to move into democracy. We still want to do something for our homeland.

Sara told the remaining few of us, she told -- Sara told us that the money, the funding that Guo Wengui has sent for the base still have some remaining, so she mentioned that a few of us should make use of the remaining fund to do something.

In order to support our day-to-day living and also work Sara said why don't we form another company which is Six Pines, and put all six of us into the share holding -- the shareholder's name. At the point of time we were told that this money was given by Mr. Guo, so we receive salary under this company.

And we continue to work on anti-communism of China and also to expose some of the issues with Mr. Guo, and later until maybe in May Sara say she will take back all the shares in the company from us. She will take back all the equity from the -- all of us.

I have no -- I was confused, I didn't understand why she wanted to do that. I refuse. Mr. Chen too had refused, and that was a time when Sara inform us that this money actually came from a small investor -- small investors. That is the time when we realized the funding of Six Pines actually came from investors. Yeah, that's all I can remember.

Q     Okay. That was very helpful. I'm going to ask a few follow-ups to clarify some things you just said. You said when Six Pines began you were told that it was created with money given by Mr. Guo, Mr. Miles Guo; is that correct, sir?

A     Correct.

Q     And who told you that?

A     Sara.

Q     And you also said that you were told that the purpose of Six Pines was to support the

day-to-day living of I think the six of you; is that correct, sir?

A    Yes, yes, because in order to do things we need income.

Q    Yes.  And Sara told you that was the purpose of Six Pines?

A    Yes, and also it is the reason the company was formed.

Q    Okay.  And why do you believe that was the reason the company was formed?

A    Because at the time none of us receive any salary.

Q    And whose idea was it to create Six Pines?

A    Sara.

Q    Okay.  So you stated that around May of last year, May of 2021, Sara asked you to give your shares in the company to her, correct?

A    Correct.

Q    And it's you and Mr. Chen who refused to do so; is that correct?

A    Correct.

Q    Did the other six -- or I'm sorry, the other three members of Six Pines besides you, Mr. Chen and Sara, did they agree to give their shares

back to Sara?

A    I believe they agree.

Q    Okay.  And did -- and why do you believe that?

A    Because Sara kicked me out and they were kept back in the organization.

Q    Is it your understanding that Mr. Chen still controls the money in Six Pines?

A    Yes.

Q    And why do you believe that?

A    Because even the bank account was opened by him.

Q    In May 2021 did Sara tell you why she wanted you to give her -- you and the other members to give your shares to her?

A    Yes.

Q    Why did she say to you she wanted you to give her your shares?

A    At that time she told me that FBI and Homeland Security of the United States has already started observing Six Pines.  She wants to take all the responsibility alone.

Q    Did she tell you why the FBI was observing Six Pines?

A    I can't remember.

Q     Was that shocking for you to hear?

A     Yes.

Q     And why was it shocking?

A     Because I feel that Six Pines is a legally registered company, why were Homeland Security and FBI observing us.

Q     Did you ever find out any additional information that led you to believe that that was accurate, that the FBI or Homeland Security was observing Six Pines?

A     I didn't believe her.  That's the reason why I refused.

Q     You thought she was lying?

A     Yes, I do think like that slightly, you know, thinking that she was lying because at that time Six Pines had just purchased a property in Sugar Land, a commercial property in Sugar Land of Texas.  We will have -- the company will have about $30,000 U.S. income each month.

Just when the company is about to have, you know, very stable income she came up with this idea to take back all the equity, all the share rights of the shareholders.  That is quite suspicious to me.

Q     So it was your belief that she wanted

all the shares because she wanted to take the money that would be earned from this property in Sugar Land?

A     At least this is what I feel.

Q     Okay.  So Six Pines purchased a property, a commercial property in Sugar Land, correct?

A     Yes.

Q     And I have something -- a note that says the property was at 4821 LJ Parkway in Sugar Land; is that correct?

A     Yes.

Q     Okay.  And did Six Pines purchase any other properties ever that you're aware of?

A     This property was purchased before I left the company.  After I left the company I no longer inquire about matters in the company so I have no understanding.

Q     During the time you were at Six Pines did the company make any investments or purchase any properties besides purchasing the property at Sugar Land?

A     No.

Q     So that was the only source of income or revenue for the company, was the property at

Sugar Land?

A     Yes.

Q     Was the purpose of Six Pines always to purchase real estate or did it have different aims, broader aims?

A     At the time it was planned -- it was formed to plan to do property, a real estate investment.

Q     And whose idea was it to have Six Pines invest in real estate?

A     I remember it was a discussion.  Sara went to Mr. Chen for ideas, Chen -- Mr. Chen suggested to invest in real estate and then Sara accepted the suggestion.

Q     And when did that discussion between Sara and Mr. Chen take place?

A     I believe it was in 2020, January.

Q     2020?

A     Early, it was in 2021.

Q     Did Six Pines -- did anyone from Six Pines look at or ever investigate purchasing any properties besides the property in Sugar Land?

A     We have seen a few properties and eventually chooses the one in Sugar Land.

Q     Were all of the properties you looked

at in the Houston area?

A     Yes.

Q     Why was that?

A     Because Mr. Chen's home is in Houston.

Q     Okay.  So was Mr. Chen the person who was making the decisions about which properties to purchase?

A     I would say it's a decision between him and Sara.  Sara needs to agree to that.

Q     Okay.  But he was the one who investigated, Mr. Chen was the person who investigated the properties?

A     Son-in-law, Mr. Chen's son-in-law is a real estate agent.  All of the properties that we have view was under the reference of Mr. Chen's son-in-law.

Q     Okay.  And what's his son-in-law's name?

A     I'm so sorry.  I can no longer remember.

Q     That's okay.

A     Bob, his nickname is Bob.

Q     So he would be by -- his name would be Bob Chen?

A     I don't know.  I only know his name by

Bob -- by S. Bob.

Q    And is Bob a real estate broker?

A    I think he's an agent.

Q    Okay.  Did you ever -- did you ever send any letters or communications to the -- your fellow members at Six Pines about what Sara was doing?

A    Last year around June when my relationship with Sara has broken and I was asked to leave the company I -- and also the relationship between me and Mr. Chen has broken and I decided I have written an Email.

Q    Okay.

A    (Speaking in English) No, not an Email, a letter.

THE INTERPRETER:  Oh, I have written a letter.

BY MR. SCHMITT:

Q    Thank you.  I'm going to put up a document now.  Let's mark this as Exhibit 2.  I have a letter, a document that appears to be a letter that you sent, Mr. Wang, and it's dated June 19th, 2021.  The first eight pages are in English and then the last two pages are in Chinese.  Is this the letter that you were