# Exhibit D

**G-Service LLC**

c/o Xin Zhang

14747 N. Northsight Blvd. Suite 111 #405

Scottsdale, AZ 85260

xinzhang32@gmail.com

(785)320-3180

## SUPERIOR COURT OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| COMERICA BANK, a Texas Banking Association, | Case No. CV2021-000495 |
| Plaintiff/Interpleader, | |
| vs. | **CLAIM FOR PORTION OF INTERPLEADER FUNDS** |
| G-SERVICE, LLC; an Arizona Limited Liability Company; YUN JING, individually; XIN ZHANG, individually; and QISHENG CHEN, individually, | |
| Defendants. | (Honorable Timothy Thomason) |
| | (Special Master: Rebecca A. Albrecht) |

## AND RELATED CROSSCLAIMS

_____

G-SERVICE, LLC, an Arizona limited liability company,

Crossclaim Plaintiff,

v.

Yun Jing, individually,

Crossclaim Defendant

_____

And

MOUNTAINS OF SPICES LLC, a New York Limited Liability Company,

Intervenor-Defendant.

1

The below identified person/entity makes a claim on a portion of the funds interplead in this matter.

**CLAIMANT**

Name:  G-Service LLC
   c/o Xin Zhang

Street Address:    14747 N. Northsight Blvd. Suite 111 #405
                Scottsdale, AZ 852600

E-Mail Address:   xinzhang32@gmail.com

Amount claimed:    $889,082.87

Basis of Claim: (Add additional pages, if necessary.)

1) G-Service claims the funds to pay its debts and unpaid bills etc. from this interpleader funds.
2) This interpleader funds were consisted of: 1) G-Service's service fee from G-Clubs; and 2) Startup funds (mainly purposed for the office rental, etc.) coming from three entities:  Maywind Trading LLC, Medical Supply LLC, and Santel LLC.
3) G-Service LLC was a startup company formed on 9/28/2020, started to provide 7/24 customer services for G-Clubs on 10/17/2020. G-Service had 16 employees at that time.
4) The interpleader funds came from G-Service's Comerica Bank account (the only bank account of G-Service LLC by then) which was frozen on early Jan. 2020 unexpectedly.
5) With this bank account frozen, G-Clubs terminated its agreement with G-Service.
6) After the last day of service to G-Clubs on 2/4/2021, all G-Service employees were dismissed except the CEO was retained to handle the aftermath.
7) Although the employees' wages/salaries were released from the interpleader fund, the G-Service debts and unpaid bills wait for the fund release from the interpleader funds.

Documents: (Identify documents below. Attach copies to this form.)

The debts and unpaid bills mainly include: 1) Legal fee (majority is from Diamondback Legal); 2) Rental fee of the Office and two apartments, etc.,. Two apartments were rented to provide lodging for 5 guest visitors from Taiwan who volunteered to work with G-Service. G-Service needs pay the rent, utility, meals and some expenditures; 3) Salaries for the CEO who retained to take care of the aftermath; 4) Other unpaid operating fees and expenditures, etc.

The unpaid bills and debts should be paid to paid off or reimbursed to the entities who helped pay G-Service as soon as possible. Details of bills and debts are listed in the table below. Associated receipts and documents were attached as exhibitions accordingly.

| Type | Date | Service provider | Category | Memo | Amount | Status | Payee | Exhibition |
|------|------|------------------|----------|------|--------|--------|-------|------------|
| Legal fee | 1/29/21 | DiamondBack Legal | General Counseling | From 12/2020- 08/2021, DiamondBack Legal provided general counseling services including immigration, employment, etc | 84,490 00 | Paid by Maywind LLC | Reimburse to Maywind LLC | EX 1: report of attorney; EX 1 1: receipts |
| | 6/10/21 | DiamondBack Legal | G-service litigation | From 01/2021- 08/2021, provided service on the Comerica Bank vs G-Service litigation  It attorney provided a summary of the charge shown in EX 1 | 479,078 33 | Paid by Maywind LLC | Reimburse to Maywind LLC | EX 2: receipts |
| | 1/29/21 | Coppersmith Brockelman | Employment attorney | Services 01/022021-01/21/2021, bill was overdue, provider requested payment each month | 5,770 00 | Unpaid | Coppersmith Brockelman | EX 3: invoices |
| | 2/1/21 | PerkinScoie | Immigration attorney | Services on 11/10/2020, bill was overdue, provider requested payment each month | 7,796 50 | Unpaid | PerkinScoie | EX 4: invoices |
| | 1/15/21 | Nathan Waxman PLLC | Immigration Attorney | O1-B visa application for Yuke Li,  an employee by 02/2021;  Visa application fee should be covered by G-Service | 3,460 00 | Paid by Yuke Li | Reimburse to Yuke Li | EX 5: invoices |
| Office rental | 4/15/21 | GNS Realty-AZ | Office rental fee | G-Service's office at 5123 N 43rd Place, Phoenix AZ 85018 was rented with the help of Lihong (Sara) Wei; From 9/2/2020-01/15/2021 at $14950/month (calculated by nights) plus utility  Lafrenz rented this property from GNS Realty-AZ as shown in EX 6 | 66,054 00 | Paid by Lihong (Sara) Wei Lafrenz | Reimburse to Lihong Wei (Sara) Lafrenz | EX 6: lease agreement with GNS; EX 6 1: invoice from Sara |
| | 4/15/21 | GNS Realty-AZ | Utility fee | The utility was paid for whole period at one time as shown in EX 6 2 | 3,507 63 | Paid by Lihong (Sara) Wei Lafrenz | Reimburse to Lihong Wei (Sara) Lafrenz | EX 6 2: invoices from Sara |
| Operating fee | 2021 | CEO/Xin Zhang | Salary | $12,500/month; from 02/2021-12/2021; Starting from 2/4/2021, Xin Zhang, CEO was the only person working for G-Service to take care of the aftermath | 137,500 00 | Unpaid | Xin Zhang | EX 7:  Xin Zhang's 01/2021 payroll register and offer letter showing is salary rate |
| | 2022 | CEO/Xin Zhang | Salary | $12,500/month, from 01/2022-06/2022 (Supposed month depending on the month when the Comerica vs G-Service case is over) | 75,000 00 | Unpaid | Xin Zhang | |
| | 2021 | Semple LLC | Accounting/CPA | G-Service accounting fee for year 2021 including IRS tax filing etc , see engagement letter in EX 8 | 4,200 00 | Un paid | Semple LLC | EX 8: engagement letter |
| | 1/6/21 | Arizona Corporation Commission | Government Fees | Fee for Articles of Amendment for LLC (ACC) | 425 00 | Paid by Xin Zhang | Reimburse to Xin Zhang | EX 9: Receipt |
| | 10/29/21 | Incfile Incorporation Service | Business service | G-Service was formed via this service  An annual fee was charged to G-Service for year 2021 | 119 00 | Paid by Xin Zhang | Reimburse to Xin Zhang | EX 10: transaction record |
| | 1/6/21 | 729 Solutions | Consulting fee | Zendesk platform consulting fee; Based on email communication with G-Service employee, $687 50 should be invoiced for 12/2020 service and need to be paid | 687 50 | Unpaid | 729 Solutions | EX 11: email communication |
| Apt. rental, utility, etc. | 1/6/21 | Biltmore Apartments | Apt rent | Jan  2021 rent for #322; On Nov  2020, G-Service welcomed 5 guest visitors from Taiwan  They worked for G-Service without pay  G-Service need pay their lodging, meals and some expenditures  Two Apt: #322 and #221 were rented with lease from 11/23/20-05/23/21 | 1,956 96 | Paid by Maywind LLC | Reimburse to Maywind LLC | E X 12: Resident Ledger for #322; EX 12 1: payment check matching record in EX 12 |
| | 1/6/21 | Biltmore Apartments | Apt rent | Early termination fee for #322; The lease was terminated unexpected on Jan  due to G-Service Bank account freezing | 4,327 29 | Paid by Maywind LLC | Reimburse to Maywind LLC | EX 12 2: payment check matching record in EX 12 |
| | 1/6/21 | Biltmore Apartments | Apt rent | Jan  2021 rent for #221; To avoid the huge amount of early termination fee, the lease was continued for #221 for G-Service under Xin Zhang's name | 2,019 62 | Paid by Maywind LLC | Reimburse to Maywind LLC | EX 13: Resident Ledger: #221; EX 13 1: payment check from Maywind; |

3

| | Date | Vendor | Type | Description | Amount | Paid by | Reimburse to | Exhibit |
|---|---|---|---|---|---|---|---|---|
| | 5/10/21 | Biltmore Apartments | Apt rent | 02/21-05/21 rent for #221 which was paid by Six Pines Investment LLC | 8,998 88 | Paid by Six Pines LLC | Reimburse to Six Pines LLC | EX 13 2: payment checks matching the payment records in EX 13 |
| | 6/10/21 | Biltmore Apartments, SRP, Cox | Apt rent | 5 days' rent on 06/2021 for #221 which was paid by Xin Zhang | 463 21 | Paid by Xin Zhang | Reimburse to Xin Zhang | EX 13 3: transaction record matching record in EX 13 |
| | 5/10/21 | Biltmore Apartments, SRP, Cox | Rent and utility | Untility fee of #221 for April and May, 2021; paid by Xin Zhang initially and was reimbursed from Six Pines | 266 62 | Paid by Six Pines LLC | Reimburse to Six Pines LLC | EX 13 4: Invoices, transaction records, and payment checks |
| | 6/10/21 | SRP & Cox | Utility | The June bill, and final bill of electricity, the final bill of Cox for # 221whic were paid by Xin Zhang | 110 19 | Paid by Xin Zhang | Reimburse to Xin Zhang | EX 13 5: invoices and payment records |
| | 1/1/21 | SRP, Cox, etc | Utility and meals | The (11/23-12/30/20) internet, electricity (both 221 and 322), and meal costs  The guest paid on their own initially and then got reimbursement from Jianjun Wang (a G-Service employee by then)  G-Service issued a check to Wang, but withdraw was declined due to the account frozen | 1,427 14 | Paid by Jianjun Wang | Reimburse to Jianjun | EX 13 6 Invoices & receipts |
| | 1/10/21 | Covid Clinic | Covid Test | Covid test was required for 3 guests who flied back Taiwan: Yun Jou Wu, Chi Lin Wu, and Hung Ten Chang | 1,425 00 | Paid by each individual guest | Reimburse to each individual listed on receipts | EX 13 7: receipts |
| Total | | | | | 889082 87 | | | |

I swear/affirm that the forgoing is true and correct to the best of my knowledge and belief,

_____
Signature

Date: _04/15/2022_____

Xin Zhang____
Printed name

**Forward one copy with the attachments electronically to:**

Rebecca A. Albrecht (SBN 004164)
BOWMAN AND BROOKE LLP
2901 N. Central Avenue, Suite 1600
Phoenix, AZ 85012-2736
rebecca.albrecht@bowmanandbrooke.com
Special Master

/s/ Xin Zhang