# Exhibit G

**DECLARATION OF XIN ZHANG**

I, Xin Zhang, declare as follows:

1.  I am the CEO of G-Service, LLC.

**A.    G-Service Is a Going Concern, Not Winding Up**

2.    I seek payment of my salary between 02/05/2021- 05/31/2023. During this period, I worked for G-Service as the full time CEO.

3.    When G-Service's accounts were frozen in January 2021, G-Service had to focus on the litigation. But now G-Service has developed its own product—a social media platform. G-Service, LLC took over and continued to develop this platform starting in August 2021.  Although not yet heavily marketed, our social media platform has been running in the online world for over a year now and has over time become a mature project. As CEO, I've been working on the social media platform including design issues and user-friendliness testing.

4.    As the CEO, I worked with G-Service's CPA to file tax returns for years 2020, 2021, and 2022. I have been working on G-Service's bookkeeping as requested by the CPA for years 2020, 2021, and 2022; this has been a time-consuming process.

5.    As the CEO, I had to help G-Service through the trying time after the bank account was frozen. I believed it was my responsibility to continue working at G-Service to assist employees for their unpaid salaries, work with creditors on paying their unpaid bills, and work on G-Service's taxes.

6.      I was the only employee of G-Service after February 4, 2021. As the sole employee, I had to do every role at the company, including accounting, taxes, and legal issues. I had to get up to speed on some of these issues.

7.      I would not have been able to take on other employment and still perform the services described herein for G-Service. My work for G-Service was a full-time commitment.

**B.      Payroll, unpaid salaries, and medical insurance for employees**

8.      When Comerica froze the company bank account, G-Service was left in a precarious situation.  Unable to draw money from G-Service's bank account, the Payroll Service Provider recalled the already disbursed employee salaries. The Payroll Service Provider failed to recall the salaries for two employees. The Payroll Service Provider kept asking G-Service to pay them back for these salaries, with interest growing daily.

9.      I then hired an attorney for G-Service for the litigation of the interpleaded funds. With the attorney, I helped resolve the situation with the Payroll Service Provider and the G-Service employees with unpaid salaries. I also worked with the attorney to claim the salaries, resolve debts to the payroll service provider, pay payroll taxes, and resolve medical insurance issues for the employees with the Court.

10.      It took four or five months to get the funds from the court. It took another two months to disburse the salaries to all employees, the debts owed to the payroll service provider from the salaries that were not recalled, and the payment of the medical insurance.

11.    Even though payroll was my top priority, two employees still filed charges against G-Service to the Arizona Department of Labor for their unpaid salaries. As the CEO, I needed to protect my employees, and the employees were paid.

**C.    Payroll taxes**

12.    The attorney I hired withdrew after seven months.  On behalf of G-Service, I worked by myself with the Court for the interpleader fund litigation.

13.    I filed a claim to the Special Master to request the release of the payroll taxes (the former attorney had returned the undisbursed payroll taxes to the Court).  This issue took months to resolve. The Special Master approved my claim of the payroll taxes and released me a check on 04/06/2022.

14.    I worked with the CPA to disburse the payroll taxes.

15.    I completed the disbursement of the payroll taxes to the Federal IRS, Arizonan IRS/DES, and California IRS/Unemployment around Oct. 2022.

16.    Later, I received late interest and penalties up until March 2023.  To avoid of further penalties, I managed to have G-Service pay these interests and penalties, and I submitted a disbursement report to the Special Master in at least two reports (10/31/2022 updated report on 05/07/2023) and in which I claimed the interest and penalties. Currently, G-Service still has a bill of approximately $200.00 from the IRS which still needs paid.

**D.    Issues from unexpected termination of five employees who had a rented apartment overseas.**

3

17.    When Comerica Bank froze G-Service's accounts, the two apartments G-Services was renting for five overseas employees had leases that were terminated in Phoenix, Arizona. I managed to get funds to pay the early termination fee for one, and I paid the rent on the other until the lease end date.

18.    I also had to deal with the utility issues (internet, electricity, etc.) due to the unexpectedly abrupt departure of these employees.

19.    It is hard to calculate the hours spent on these issues. I engaged in multiple discussions with the landlord and service providers, and also had to arrange for payment.

**E.    Class Action against Miles Guo and G-entities**

20.    From February 2021 through July 2021, on behalf of G-Service, I worked with a team of attorneys on a class action against Miles Guo for his fraud via his G-entities and associated Rule of Law Foundation and Rule of Law Society.

21.    I communicated with around 50 individuals with emails and scheduled more than 40 individual online interviews with the attorney.

22.    I served as the translator in about 40 online interviews.

23.    I published at least four regular work reports on the progress of the class action.

24.    I assisted in reviewing claimant documents.

25.    Again, it is hard to estimate the time spent on this project for G-Service, but it was six months of time working hard to assist the attorneys on this class action.

**F.    Claims to the interpleaded funds, hearings, report, etc.**

26. As CEO of G-Service, I was involved in the whole process of the interpleaded fund litigation. This litigation started in early 2021 and now still going on.

27. My work in this litigation included participating in hearings; filing documents with the Court; submitting claims on behalf of G-Service.

28. The major claim I submitted on behalf of G-Service was submitted on April 15, 2021. I spent months preparing this claim with detailed and organized exhibits for all claimed items.

29. Also, I worked with the Court and submitted more than 40 names and their contact information to the special master. Those names were tentative investors who transferred funds to three companies.

**G.    Past and ongoing legal issues**

30. I have been working with Arizona State Bar on a case related to one of G-Service's former attorneys. The case started in September 2021 and now it is still ongoing. The communication with the Bar includes emails, written documents, etc.

31. G-Service's attorney in this litigation, Mr. Vadasz, entered into an Agreement for Discipline by Consent with the Arizona Supreme Court. Mr. Vadasz received sanctions of reprimand and restitution.

32. Instead of initiating fee arbitration, Mr. Vadasz, under the guise of fee arbitration, sued me in arbitration for causes of action such as tort and contract. Among other things, I believe the arbitrator lacked jurisdiction to resolve these issues. I am still working to resolve this matter.

5

**H.      Work with Securities and Exchange Commission (SEC) and other government agencies**

33.      I have been working with SEC and other government agencies starting October 2021.

34.      My work with the SEC includes emails, online interviews, gathering information, etc.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Xin Zhang
G-Service LLC
Sep. 21, 2023

6