**Exhibit H**

**THE QUINLAN LAW FIRM, LLC**
William J. Quinlan, State Bar No. 028679
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 602.732.6500
Dir: 312.629.6012
E-Mail: wjq@quinlanfirm.com

Eric T. Schmitt (*pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Dir: 312.212.8211
E-Mail: eschmitt@quinlanfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mountains of Spices, LLC, a New York limited liability company, | CASE NO. 2:21-cv-01497-JAT |
| Plaintiff, | **DECLARATION OF ERIC T. SCHMITT** |
| v. | |
| Sara Lihong Wei Lafrenz a/k/a Sara Wei, | |
| Defendants. | |

I, Eric T. Schmitt, pursuant to 28 U.S.C. §1746, declare and state as follows:

1.      I am over the age of eighteen and am competent to testify to the matters contained herein.

2.      I am an attorney duly licensed and in good standing in the states of Illinois and California.

3.      I have personal knowledge of the facts stated herein.

4.      I am an attorney representing Plaintiff Mountains of Spices ("MOS") in the above-captioned matter.

5.      Beginning in April 2023, I, on behalf of MOS, began engaging in settlement discussions with counsel for Defendant Qisheng Chen. These discussions continued through December 2023.

6.      Although it believed it had potentially valid claims against Chen, MOS ultimately decided to enter a settlement agreement with and dismiss its claims against Chen in December 2023 based, in part, on Defendant Sara Wei's default and failure to participate in this case, as a result of which meant there would have been only minimal potential benefits to MOS of holding a trial against Defendant Chen alone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this First Day of March 2023.

/s/ Eric Schmitt

Eric Schmitt

The Quinlan Law Firm™

Chicago | Phoenix | Silicon Valley

2