# Exhibit I

**THE QUINLAN LAW FIRM, LLC**
William J. Quinlan, State Bar No. 028679
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 602.732.6500
Dir: 312.629.6012
E-Mail: wjq@quinlanfirm.com

Eric T. Schmitt (*pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Dir: 312.212.8211
E-Mail: eschmitt@quinlanfirm.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mountains of Spices, LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>        v.<br><br>Sara Lihong Wei Lafrenz a/k/a Sara Wei and Qisheng Chen,<br><br>    Defendants. | CASE NO. 2:21-cv-01497-JAT<br><br>**DECLARATION OF YONGBING ZHANG** |

I, Yongbing Zhang, pursuant to 28 U.S.C. §1746, declare and state as follows:

1.    I am over the age of eighteen and am competent to testify to the matters contained herein.

2.    I am an attorney duly licensed and in good standing in the states of Illinois and New York. I maintain my law practice in Chicago, Illinois.

3.    I have personal knowledge of the facts stated herein.

4.    I was retained by Mountains of Spices LLC ("MOS") to assist with the above-captioned lawsuit against Sara Lihong Wei Lafrenz ("Sara Wei") by applying my language skills as a bilingual speaker of Mandarin and English.

5. I previously submitted to the Court an affidavit executed on December 4, 2021 in support of Plaintiff's response to the Court's show cause order for an extension of time to serve the lawsuit on Sara Wei.

6. I respectfully submit this declaration in support of Plaintiff's opposition to Sara Wei's motion to set aside the default judgement against her.

7. I reiterate here that my declaration executed on December 4, 2021 is truthful and accurate to the best of my personal knowledge.

8. I have conducted research on the Internet about Sara Wei's livestream activities since December 2021 and find the following.

9. Firstly, Sara Wei appears to have broadcast regularly on YouTube through her platform named VOG Good Words Kind Languages Livestream Channel (VOG良言善语直播频道 youtube.com/@VOGLIVE)[1] from December 2021 to December 19, 2023. Specifically, my search of YouTube on February 28 2024 indicates that youtube.com/@VOGLIVE has a 681 subscribers and 335 videos with the latest video dated December 19 2023.

10. Secondly, based on my review of the recordings of these broadcasts on YouTube, from December 2021 to December 2023, during her livestreams, Sara Wei mentioned, referred to, or discussed about the above-captioned lawsuit or the other defendants in the lawsuit at least four times.

11. First, during her livestream on March 18, 2022, nine minutes into the broadcast, Sara Wei discussed Defendant Qisheng Chen details of Mr. Chen's discussions with MOS regarding the above-captioned lawsuit. A link Sara Wei's March 18, 2022 YouTube broadcast and a true and correct transcription and English translation of the relevant portions of that broadcast are attached hereto as **Exhibit 1**.

12. Second, during her June 8, 2022 broadcast, between 26:14 and 27:38 of the broadcast, Sara Wei explicitly stated: "Changdao sued me, Maywind, Chen Qisheng, my son [Xiuzhu 'Devin' Wei], and others." "Changdao" is a reference to Mr. Qidong Xia, the then

[1]

2

President of MOS, the Plaintiff in this lawsuit. A link Sara Wei's June 8, 2022 YouTube broadcast and a true and correct transcription and English translation of the relevant portions of that broadcast are attached hereto as **Exhibit 2**.

13.    Third, on August 10 2022, Sara Wei once again referred to the above-captioned lawsuit in her livestream and alleged that Defendant Chen had taken all the loan program money transferred to Maywind. A link Sara Wei's August 10, 2022 YouTube broadcast and a true and correct transcription and English translation of the relevant portions of that broadcast are attached hereto as **Exhibit 3**.

14.    Fourth, on November 3, 2022, 4 minutes 40 seconds into her broadcast, Sara Wei discussed the details for nearly two minutes of the then ongoing litigation at regarding the Loan Program fund in the case of *Comerica Bank v. G-Service, LLC, et al.*, Case No. CV2021-000495 (Sup. Ct. Maricopa Cty.). She also discussed Defendants Chen and Jianjun Wang's roles in Six Pines, LLC. A link Sara Wei's November 3, 2022 YouTube broadcast and a true and correct transcription and English translation of the relevant portions of that broadcast are attached hereto as **Exhibit 4**

I declare under penalty of perjury that the foregoing is true and correct.
Executed this First Day of March 2023.

/s/ *Yongbing Zhang*

Yongbing Zhang

3

**EXHIBIT 1**

**Transcription and English Translation of Excerpts from March 18, 2022 Voice of Good Broadcast**

**Full Broadcast Available at:**
https://www.youtube.com/live/7CDX1B-0lvM?si=GRrJK3bo6mVMB9wI
**Broadcast Date:** March 18, 2022
**Time:**
08:54 - 10:19
24:00 - 24:20
**Speaker:** Sara Wei (Lihong Wei)

**Transcription:**
好，文字室，有人找到了

就是陈，就是香草山，就长岛在就是问这个钱的事儿

是吧？要把钱问maywind的，要钱要债，是吧

就把陈其身圈进去了，因为知道陈其身那边拿钱了吧

然后陈其身已经回复了，他说他的钱是问maywind借的

他已经承认了，记住啊，他承认了

并且，一个不好的现象是什么，他要跟香草山去合作了

这家伙要跟香草山去合作啦

当然，我知道那个香草山，只要你陈其身的钱，

你还要你乖乖拿钱，谁要你合不合作

你这人品差到如此极端

郭文贵都看不起你，说白了

他就要，要你的钱，

4

别在那边卖乖什么，还有这个证明那个证明啊，让香草山

香草山的目的就是要钱嘛

所以，所有的，你如果要拿回自己的那个投资的，你汇给maywind的，

赶紧去查，盯住这个案子

记住，可以不用请律师就可以介入，要回自己钱的

这些都机会啊

一共两部分钱，一部分G-service，一部分就是陈其身卡住的那笔钱

本来的话，这钱早就可以退给大家了，但是他不肯拿出来啊，

现在他可以(还钱)，问他去要回来了，

他是没资格

这个钱，就是说香草山那边要是跟他两个人沟通了，就是说猫腻的，后手弄弄，两个人

钱被他们抢去的，我们白费劲的啊，

现在唯一，就是说，那个就是法庭可以帮大家保护好这些钱

在谁手里都不行的

现在好，非常好的是，也感谢就是说郭文贵追钱心切

让香草山去把那个陈其身给揪出来了

这个陈其身现在也回复了，钱(是)问maywind借的

**English Translation:**
Well, in the Discord text channel, someone found that Changdao Brother from Himalaya MOS Farm is after the money.

He is going after Maywind for the money, to get the money back.

Now Chen Qisheng gets involved because Chen Qisheng took the money.

And Chen Qisheng has replied, he said he indeed borrowed money from Maywind.

He admitted it, keep in mind, that he admitted it.

However, this is a bad sign that he is going to work with Himalaya MOS Farm.

This guy is going to work with Himalaya MOS Farm.

Well, I know that Himalaya MOS Farm only wants to get money back from Chen Qisheng.

So just return the money, they don't care if you cooperate or not.

You're such a terrible person.

Even Guo Wengui looks down on you, to be frank.

He just wants your money.

Don't try to be nice, or ask Himalaya MOS Farm to show you proof of this or that.

Himalaya MOS Farm is after the money.

So, everyone, if you want to get back your investment, the money you wired to Maywind.

Get on it, keep an eye on the case.

Keep in mind that you can get your money back on your own without having an attorney involved.

This is the opportunity.

It includes two parts of the money, one part is G-service and one part is the money that Chen Qisheng withholds.

The money could have been returned a long time ago, but he refused to give it back.

And now he will (return the money), go ask him to get your money back.

He's not entitled to….

This money, if Himalaya MOS Farm colludes with Chen Qisheng, they will take the money, we'd be wasting our time.

Now, only the court will help everyone secure the money, no one else.

Now the very good thing is, and thankfully that Guo Wengui is eager to get everyone's money back. He asks Himalaya MOS Farm to go after Chen Qisheng.

Chen Qisheng also replied that he borrowed the money from Maywind

**EXHIBIT 2**

**Transcription and English Translation of Excerpts from June 8, 2022 Voice of Good Broadcast**

**Full Broadcast Available at:**
https://www.youtube.com/live/Z0bYjGY6h2g?si=1GzOwJSXya2Tu4jB
**Broadcast Date:** June 8, 2022
**Time:** 26:11 - 27:36
**Speaker:** Sara Wei (Lihong Wei)

**Transcription:**
长岛告我呀 告Maywind啊 告陈其生啊 还有等等 还有包括我儿子在的那个案子啊

这个的话呢 就是大家要注意一点 他是没有资格去拿这个钱的

然后只要是陈其生敢 跟就是因为钱都在陈其生那里嘛 大家我是在去年 就是2021年的7月份就开始说了这件事了都在陈其生那里嘛

他现在如果敢跟他私下里面 就是协商要偷偷的就去和解的话 那是不行的

所以呢我现在呢 已经把他们要偷偷和解的呢 我已经翻译好了

然后大家呢就是说在关键时刻 一定要参与进去

所有汇款给Maywind的都要参与进去

因为这个钱是Maywind当时被郭文贵拼命的就是追 因为他要把钱拿过去 我的钱我的钱

就不会给他 因为什么钱到了郭文贵那里拿不出来的

所以好不容易就扣住的这些钱

那每一个就是汇款给Maywind的都有机会可以把钱拿回去的

所以希望大家到时候参与进去

然后还要说一下 陈其生这种想要贪财 就是贪财的人 不会有好下场的

首先他被长岛这边缠着 自己请了三个律师在弄lawyers for his defense

**English Translation:**
Regarding the legal action initiated by Changdao against me, Maywind, Chen Qisheng, my son, and others, it is crucial for everyone to understand that he is not entitled to claim this money.

I have consistently stated since July 2021 that all the funds are under Chen Qisheng's control.

8

If Chen Qisheng dares to engage in private or secret negotiations to settle with Changdao, it is strictly prohibited.

I have already translated their attempt to settle secretly and it is essential for everyone to actively participate at this critical juncture.

Individuals who have transferred funds to Maywind should join in.

Miles Guo vigorously pursued Maywind's funds during that period, claiming, "It's my money, my money.".

I refrained from giving him the money as funds sent to Miles Guo are irretrievable.

After considerable effort, I successfully withheld these funds.

Therefore, everyone who transferred money to Maywind now has the opportunity to reclaim their funds.

I encourage everyone to participate actively during this time.

Additionally, it is worth mentioning that individuals like Chen Qisheng, driven by greed for money, will face unfavorable outcomes. He is being pursued by Changdao and has hired three lawyers for his defense

**EXHIBIT 3**

**Transcription and English Translation of Excerpts from August 10, 2022 Voice of Good Broadcast**

**Full Broadcast Available at:**
https://www.youtube.com/live/LM1b5rO7RQ4?si=WMlVqoYDcq-ZFGIR
**Broadcast Date:** August 10, 2022
**Time:** 01:18 - 02:22
**Speaker:** Sara Wei (Lihong Wei)

**Transcription:**

所以昨天，就是说到的关于因为有人去问了长岛也好

或者加拿大也好，或者其他农场也好，问他们农场退款的时候

有人，包括长岛他们说

推托到在跟MAYWIND的打官司这件事上

我昨天也说了，今天重申一遍

MAYWIND的，跟就是长岛正在问他要钱的，是两个地方

一个是Gservice的官司

还有一个就是陈其生(海洋)的那边那笔钱，也就是7百万的那些钱

然后呢，这两个呢，就是我昨天说了

大家一定要对他们说，你们要亲自参与这个法庭申诉

因为你自己就不出律师费的

你对长岛他们说

如果说这个钱你是汇给了MAYWIND的

请把你这个汇款的证明给我

10

我要自己加入

不需要你长岛替我去要这个钱

我要自己去要回来

**English Translation:**
Yesterday, it was mentioned that some individuals inquired about refunds from Changdao, Himalaya Farms in Canada, or other Farms.

Some, including Changdao, attempt to put it off claiming that they are engaged in a lawsuit against MAYWIND. I mentioned this yesterday and I'd like to reiterate it today. MAYWIND's lawsuit and the request for refund from Changdao are two different things. One is the lawsuit involving G-service, and the other is the money related to Chen Qisheng (also called Haiyang), which is a total of $7 million.

So, regarding these two things, as I mentioned yesterday, everyone must tell them that you are going to personally participate in the legal proceedings.

Since you don't need to pay attorney fees on your own, so tell Changdao

If they claim to have transferred the money to MAYWIND, they should provide proof of the transaction to you.

(Tell them) because you want to participate in the case yourself

(Tell them) you don't want Changdao to chase this money back on your behalf

(Tell them) you want to chase your money back yourselves

11

**EXHIBIT 4**

**Transcription and English Translation of Excerpts from November 4, 2022 Voice of Good Broadcast**

**Full Broadcast Available at:**
https://www.youtube.com/live/5ZAZB3j53cQ?si=k7TzWagKRQi7Vijf
**Broadcast Date:** November 3, 2022
**Time:** 04:38 - 07:43
**Speaker:** Sara Wei (Lihong Wei)

**Transcription:**
然后长岛说这个钱不管转到哪里去 它都在诉讼当中

这样诉讼一共是有两处

一处是G-Service那边的法庭上扣留的900万

那一块长岛呢 就是郭文贵派长岛想要去要回去

那个是当时三个公司汇给G-Service运营的

三个公司是Santel跟Medical Supply跟Maywind

汇给这个G-Service放在那边运营的 一共是900万

然后当时我一直说了无数遍了

是校长跟文啸是CEO负责人owner

两个人是共同持有的这个公司

然后文啸要把这个钱 马上带到郭文贵那里 转到郭文贵的账户下

然后校长说不行 这个钱必须放在账户上

等政府查明白了 再让政府去做决定

所以两个人去 就是一个不准转 一个要转

然后银行直接把这个钱放到了法庭

让法庭去决断这个钱到底怎么样

然后目前 就是各个小额的投资者、借款投资人

12

一些早就一直跟着那个VOG这边的人呢

在那个法庭上也在有希望可以拿回钱

这是这个 长岛在这个答疑里说到了

他说这些钱可能会直接还给 具体的借款人

这个是他说的诉讼 这个是900万的诉讼

当事三个公司 大家也知道的 一共要差不多要9000万不到点

是8900万多点 好像差不多这个 9000万不到点的钱

所有的汇钱收到的钱

按照郭文贵的指定 汇到的每一个账户

在VOG的论坛都发出来了

大家你要关心自己钱的话

去谷歌VOG论坛 你就可以找到VOG论坛啊

上面都有

然后也有郭文贵指挥三个公司转钱的所有的录音 全在那里啊

还有对账信息全在那里

大家可以自己去看啊

然后那个长岛所说的诉讼就是这个900万

就是G-Service当时扣下的

然后还有一个就是 就是陈其生的当时六颗松建立

就是为了给原凤凰基地的这些人 发工资养家户口 所以有了六颗松

然后买了当时房地产

每个月收入 用收入去给这些人发工资的

然后后来 陈其生跟王建军要贪污这些钱

所以呢 他们就是认为这是郭文贵的钱 我就可以贪了

其实任何人都不可以贪任何人的钱

哪怕郭文贵是十恶不赦的大罪犯

你也不能够贪郭文贵的钱

这是绝对不行的 你只能充公

所以他们也是做梦

所以说DHS对他们进行刑事调查

我早就告诉大家了

所以那部分钱也是DHS控制的

**English Translation:**

Changdao said that no matter where the money went, it was involved in the litigation. Therefore, there are two litigations. One is the $9 million detained in the court related to G-Service.

Changdao, sent by Miles Guo, wanted to reclaim that money. At that time, three companies sent money to G-Service for its operation. The three companies are Santel, Medical Supply, and Maywind. They sent a total of 9 million to G-Service for its operation.

I said it countless times at that time that Xiaozhang and Wenxiao are the CEO and owners who jointly hold this company.

Wenxiao wanted to immediately transfer the money to Miles Guo's account, but Xiaozhang said that the money must be kept in the account until the government clarifies and makes a decision.

So between the two, one didn't want to transfer the money and the other wanted to transfer.

Then the bank directly handed the money to the court, letting the court decide how the money should be handled.

Currently, various small investors, the Loan Project investors, and some who have been following the VOG, also filed in that court with hope of getting their money back.

This is what Changdao mentioned in his Q&A.

He said that this money may be directly returned to the specific Loan Project participants.

14

This is the $9 million litigation mentioned by Changdao. The three companies involved, as everyone knows, received totally almost $90 million, a little bit over $89 million.

All the money received through wire transfer was wired to each account instructed by Miles Guo.

These have all been posted on the VOG forum.

If you care about your money, go to Google VOG forum, and you can find the VOG forum Everything is there, including all the recordings of Miles Guo instructing the three companies to transfer money.
And all the account reconciliation information.

You can check it out for yourself.

The litigation mentioned by Changdao is about this $9 million which was detained by G-Service at that time.

The other litigation is about the establishment of the Six Pine Trees by Chen Qisheng at that time.

The Six Pine Trees was established to pay salaries to the ex-Phoenix Base workers.

It bought some real estate at that time.

Its monthly income was used to pay salaries to these people.

Later, Chen Qisheng and Wang Jianjun wanted to embezzle this money.

They thought that it belonged to Miles Guo, so they could embezzle it.

In fact, no one is allowed to embezzle anyone's money.

Even if Miles Guo is an unforgivable criminal, you cannot embezzle Miles Guo's money.

That is absolutely not allowed. The money can only be confiscated.

So, they were just dreaming and DHS is conducting a criminal investigation against them.

As I have told you before, that part of the money is also under the control of DHS.

15

# 20240301 Opp to Mot to Vacate - Zhang Declaration[1][1]

Final Audit Report                                                    2024-03-02

| | |
|---|---|
| Created: | 2024-03-02 |
| By: | Yongbing Zhang (yzhang@ybzlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6Tw0KFrHjCnnvywhncg_AJWDocdvt1k2 |

## "20240301 Opp to Mot to Vacate - Zhang Declaration[1][1]" History

Document created by Yongbing Zhang (yzhang@ybzlaw.com)
2024-03-02 - 2:22:34 AM GMT

Document emailed to Yongbing Zhang (yzhang@ybzlaw.com) for signature
2024-03-02 - 2:22:38 AM GMT

Email viewed by Yongbing Zhang (yzhang@ybzlaw.com)
2024-03-02 - 2:22:49 AM GMT

Document e-signed by Yongbing Zhang (yzhang@ybzlaw.com)
Signature Date: 2024-03-02 - 2:23:00 AM GMT - Time Source: server

Agreement completed.
2024-03-02 - 2:23:00 AM GMT

Adobe Acrobat Sign