# Exhibit K

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Rong Zhang, et al.,

        Plaintiffs,

v.

Voice of Guo Media Incorporated, et al.,

        Defendants.

**NO. CV-21-01079-PHX-SMB**

**CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Voice of Guo Media Incorporated and Sara Wei.

DEFAULT ENTERED this 2nd day of June, 2022.

Debra D. Lucas
District Court Executive/Clerk of Court

June 2, 2022

s/ D. Draper
By  Deputy Clerk