**THE QUINLAN LAW FIRM, LLC**
William J. Quinlan, State Bar No. 028679
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 602.732.6500
Dir: 312.629.6012
E-Mail: wjq@quinlanfirm.com

Eric T. Schmitt (*pro hac vice*)
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
Tel: 312.212.8211
E-Mail: eschmitt@quinlanfirm.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mountains of Spices, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sara Lihong Wei Lafrenz a/k/a Sara Wei<br><br>Defendant. | CASE NO. 2:21-cv-01497-JAT<br><br>**PLAINTIFF MOUNTAINS OF SPICES, LLC'S SUPPLEMENT TO ITS RESPONSE IN OPPOSITION TO DEFENDANT SARA WEI'S MOTION TO SET ASIDE JUDGMENT (ECF NO. 151)** |

Pursuant to the Court's June 18, 2024 Order (ECF No. 154), Plaintiff Mountains of Spices, LLC ("MOS"), hereby respectfully submits its Supplement to its Response in Opposition to Defendant Sara Wei's ("Sara") Motion to Set Aside Judgment (ECF No. 151.)

In its June 18 Order, the Court ordered MOS must supplement its Response "with an accounting of all monies sent to Sara (including dates and methods of transfer) and all monies recovered to date from its various collection efforts." The Court also ordered that the accounting be verified by a person with knowledge. The requested accounting and verification are set forth below.

### A. Funds Sent By MOS to Maywind Trading LLC.

As set forth in MOS' Motion for Default Judgment, filed July 1, 2022 (ECF No. 70), in reliance on Sara's representations and her role as administrator of the Loan Program, MOS directly transferred $4,550,000, to Maywind Trading LLC ("Maywind"), a company controlled by Sara. Specifically, MOS made the following wire transfers from MOS' bank accounts to Maywind's bank accounts:

a. On August 11, 2020, Mountains of Spices wired $1,400,000.00 to Maywind;

b. On August 11, 2020, Mountains of Spices wired $1,000,000.00 to Maywind;

c. On August 13, 2020 Mountains of Spices wired $1,000,000.00 to Maywind;

d. On August 26, 2020, Mountains of Spices wired $1,100,000.00 to Maywind; and

e. On October 26, 2020, Mountains of Spices wired $50,000.00 to Maywind.

### B. Funds Recovered To Date from MOS' Recovery Efforts.

To date MOS has not recovered any funds from Sara. MOS has successfully recovered funds from other entities in two separate actions: *Comerica Bank v. G-Service LLC*, No CV2021-00495 in the Superior Court of Maricopa County, Arizona (the "*Comerica Bank* Action"); and *Mountains of Spices, LLC v Maywind Trading LLC and Aeon Capital LLC*, No. 2023 CH 04562, in the Circuit Court of Cook County, Illinois (the "Cook County Action")

The *Comerica Bank* Action is an interpleader case concerning the right to $8.9 million in funds held in a bank account belonging to a company called G-Service, LLC.[1] On November 6, 2023, the court in the *Comerica Bank* Action ordered the clerk of the Maricopa County Superior Court to release $3,508,872 of these funds to MOS. On November 9, 2023, MOS, through its attorneys, received a check in this amount from the Maricopa County Clerk's Office.

In the Cook County Action, a judgment was entered in favor of MOS and against Maywind and Aeon Capital, LLC ("Aeon") on November 7, 2023 in the amount of $9,966,866.

---

[1] MOS has noted its involvement in the *Comerica Bank* Action in multiple filings in this case, including in its initial Complaint. (*See* ECF No. 1, ¶¶ 56-59; *see also, e.g.*, ECF No. 58 at 3:26-4:12 (noting that the *Comerica Bank* Action was a related case pending before the Maricopa County Superior Court, describing the details of the case, and stating that both MOS and Defendant Qisheng Chen were parties to the case).)

The Quinlan Law Firm™
Chicago | Phoenix | Silicon Valley

The amount of the judgment in the Cook County Action includes transfers to Maywind from individuals other than MOS that were not included in the default judgment in this case. (*See* ECF No. 84.) On February 13, 2024, the court in the Cook County Action ordered Bank of America to turn over $4,630,416.58 in funds belonging to Aeon. On February 21, 2024, MOS, through its attorneys, received a check in this amount from Bank of America.

Dated July 2, 2024.

Respectfully submitted,

**THE QUINLAN LAW FIRM, LLC**

/s/ William J. Quinlan

William J. Quinlan
Eric T. Schmitt

*Attorneys for Plaintiff*
*Mountains of Spices LLC*

**VERIFICATION**

Under penalty of perjury of the laws of this state, I, Qidong Xia, declare that I have read the foregoing **MOUNTAINS OF SPICES, LLC'S SUPPLEMENT TO ITS RESPONSE IN OPPOSITION TO DEFENDANT SARA WEI'S MOTION TO SET ASIDE JUDGMENT**, know the contents thereof, and state that it is true of my own knowledge, except the matters stated therein on information and belief, and that as to those matters, I believe them to be true.

Dated: July 2, 2024



长岛 伟哥 (Jul 2, 2024 15:20 EDT)

Qidong Xia, President

Mountains of Spices, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 2, 2024, I electronically transmitted the forgoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF Registrants in this matter.

I also served sent the document to Sara Wei via email to <u>vog202064@gmail.com</u> and via first class mail to:

Sara Wei
P.O. Box 991030
Naples, FL 34116

                                        /s/ Will Wanberg