Sara Wei
P.O. Box 991030
Naples, FL 34116
vog202064@gmail.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mountain of Spices, LLC, a New York limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Sara Lihong Wei Lafrenz a/k/a Sara Wei, Xiuzhu Wei, Maywind Trading LLC, Jian Peng, Qishen Chen, and Jianjun Wang,<br><br>　　　　　　Defendants. | 2:21-CV-01497-JAT<br><br>**DEFENDANT SARA WEI'S RESPONSE TO PLAINTIFF'S SUPPLEMENT RE ACCOUNTING OF FUNDS PAID AND COLLECTED** |

This Court's Order entered on June 18 2024 [Doc. 154], following the briefing on my motion to set aside judgment, said:

> Plaintiff never fully addresses exactly which funds were transferred to Sara, and which of those funds have now been recovered by Plaintiff (even if the funds were recovered from other entities to whom Sara may have transferred those funds). Plaintiff is not entitled to a duplicate recovery of the same money. And the burden of showing damages on default is on Plaintiff.

Doc. 154 at 3.

This Court ordered Plaintiff Mountain of Spices, LLC ("MOS") to supplement its Response to Sara Wei's Motion to Set Aside Judgment by providing "an accounting of all monies sent to Sara (including dates and methods of transfer) and all monies recovered to date from its various collection efforts."

MOS' Supplement provides that in August 2020 four payments totaling $4 million were wired to Maywind Trading LLC by MOS and in October 2020 another $50,000 was wired to Maywind. [Doc. 2] MOS does not identify any funds paid to Sara Wei.

MOS' Supplement also states that it collected $3,508,872 in November 2023 from a bank account belonging to G-Service, LLC (containing funds allegedly received from Maywind). It also collected $4,630,416.58 in February 2024 from a bank account belonging to Aeon Capital, LLC (containing funds allegedly received from Maywind, Ex. 17 at ¶ 38), for a total of $8,139,288.58. As explained in my Motion to Set Aside Default, these garnishment actions collected the very same funds at issue in this case (and more). For example, Maywind and Aeon were the defendants in the Illinois action, and the allegations in that case mirror the allegations in this one. See Ex. 17 to Doc. 143.

MOS's Supplement does not satisfy its burden of showing it suffered _any_ damages for the additional reason that the funds it sent to Maywind were (according to MOS' own verified allegations) supposed to be paid to ACA Capital. [Doc. 143, ¶¶ 18-21 and Exs. 12-14] The Bank of America statements in evidence show that Maywind sent $6 million to ACA in August 2020 and $7 million in October 2020, far more than what MOS sent to Maywind those months. (Ex. 15 ). MOS cannot meet its burden of showing damages because the entity that it claims was supposed to receive its funds unquestionably received more than what MOS wired to Maywind.

DATED June 9, 2024.

_____
Sara Wei

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2024 the attached document was filed with the Clerk's Office and a copy mailed as follows:

Willliam J. Quinlan
Eric T. Schmitt
The Quinlan Law Firm, LLC
233 S Wacker Dr., 61st Floor
Chicago, IL 60606
eschmitt@quinlanfirm.com
Attorneys for Mountains of Spices, LLC

Hannah K. Durrett
Denton Peterson Dunn
1930 N. Arboleda Rd., Suite 200
Mesa, AZ 85213
hannah@dentonpeterson.com
Attorneys for Defendant Qisheng Chen

Jianjun Wang
26607 Hypatia Trace
Richmond, TX 77406
wjj8384@gmail.com

_____
Sara Wei